IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| WAKA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) 1:06 | CASE NUMBER 1:06CV00984 |
| DCKICKBALL, et al., | ) | JUDGE: Emmet G. Sullivan |
| Defendants. | ) | DECK TYPE: General Civil |
| | ) | DATE STAMP: 05/30/2006 |

O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendants' motions to dismiss are DENIED;

(2) Defendants' alternative motion to transfer venue to the District of Columbia is GRANTED; and

(3) the Clerk of the Court shall forward copies of this Order to all counsel of record.

May __, 2006
Alexandria, Virginia

UNITED STATES DISTRICT COURT JUDGE

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK