A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WAKA, LLC

|  |  |
|---|---|
| Plaintiff(s) | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| DCKICKBALL, et al | ) |
| | ) |
| Defendant(s) | ) |

**APPEARANCE**

CASE NUMBER    1:06cv00984 EGS

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Melvin A. Todd___ as counsel in this
                                      (Attorney's Name)

case for:___DCKICKBALL and CARTER RABASA, Individually___
                                   (Name of party or parties)

_06/06/2006_
Date

DC Bar No. 481782
BAR IDENTIFICATION

Signature

Melvin A. Todd/Novak Druce &Quigg LLP
Print Name

1000 Louisiana, Fifty Third Floor
Address

Houston, Texas  77002
City        State        Zip Code

(713) 571-3400
Phone Number