UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, <br><br> A Virginia Limited Liability Company, <br><br> Plaintiff <br><br> v. <br><br> DC KICKBALL, <br><br> A Washington, D.C. Non-stock Corporation <br> 1843 Biltmore St., N.W., Apt. B <br> Washington, D.C. 20009-1903 <br><br> and <br><br> CARTER RABASA, Individually <br><br> 1843 Biltmore St., N.W., Apt. B <br> Washington, D.C. 20009-1903 <br><br> Defendants | Civil Action No. 1:06cv00984 EGS |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT

Defendants DC Kickball and Carter Rabasa (collectively referred to as "Defendants") hereby move to extend the time to respond to the Complaint in this action. Plaintiff WAKA, LLC ("Plaintiff") does not oppose this Motion. In support of the Motion, Defendants would show as follows:

1.　　Plaintiff filed suit against Defendants on February 15, 2006.

2. On May 30, 2006, the Clerk of this Court received the above-entitled action on transfer from the United States District Court for the Eastern District of Virginia (Alexandria).

3. Plaintiff agrees to an extension of time for Defendants to answer, respond, or otherwise plead to Plaintiff's Complaint until and including June 30, 2006.

4. Defendants respectfully request that the Court extend time for Plaintiffs to answer, respond, or otherwise plead until and including June 30, 2006.

A proposed order is being filed concurrently with this Motion.

DATED: June 13, 2006          **NOVAK DRUCE & QUIGG LLP**

By: _____
Melvin A. Todd (DC Bar No. 481782)
1000 Louisiana Street
Fifty Third Floor
Houston, Texas 77002
Phone: 713-571-3400
Facsimile: 713-456-2836
Attorney for Defendants

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR 7(m), counsel for Defendants have conferred with opposing counsel and this Motion is <u>unopposed</u>.

DATED: June 13, 2006          NOVAK DRUCE & QUIGG LLP

_[signature]_

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT** was served on Plaintiff's counsel via First Class Mail and Facsimile Transmission on June __13__, 2006 as follows:

Thomas M. Dunlap, Esq.
Daniel L. Grubb, Esq.
Dunlap, Grubb & Weaver, P.C.
199 Liberty St., SW
Leesburg, VA 20175-2715
Facsimile: 703-777-3656

_____
Of Novak Druce & Quigg LLP