# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAKA, LLC,** | ) |
| **A Virginia Limited Liability Company,** | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| **DC KICKBALL,** | ) |
| A Washington, D.C. Non-stock Corporation | ) |
| 1843 Biltmore St., N.W., Apt. B | ) |
| Washington, D.C. 20009-1903 | ) |
| and | ) |
| **CARTER RABASA, Individually** | ) |
| 1843 Biltmore St., N.W., Apt. B | ) |
| Washington, D.C. 20009-1903 | ) |
| **Defendants** | ) |

## ORDER

THIS MATTER, coming on to be heard before the undersigned on Defendants' Unopposed Motion for Extension of Time to Answer, Respond, or Otherwise Plead to Complaint (the "Motion"), and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the time for Defendants to answer, respond, or otherwise plead to the Complaint is extended until and including June 30, 2006.

IT IS SO ORDERED.

This the _____ day of June, 2006.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge