UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, <br><br> A Virginia Limited Liability Company, <br><br> Plaintiff <br><br> v. <br><br> DC KICKBALL, <br><br> A Washington, D.C. Non-stock Corporation <br> 1843 Biltmore St., N.W., Apt. B <br> Washington, D.C. 20009-1903 <br><br> and <br><br> CARTER RABASA, Individually <br><br> 1843 Biltmore St., N.W., Apt. B <br> Washington, D.C. 20009-1903 <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06cv00984 EGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

THIS MATTER, coming on to be heard before the undersigned on Defendants' Unopposed Motion for Further Extension of Time to Answer, Respond, or Otherwise Plead to Complaint (the "Motion"), and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the time for Defendants to answer, respond, or otherwise plead to the Complaint is extended until and including July 21, 2006.

IT IS SO ORDERED.

This the _____ day of June, 2006.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge