UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, </br></br>     Plaintiff, </br></br> v. </br></br> DC KICKBALL and CARTER RABASA, </br></br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:06cv00984 EGS </br> ) </br> ) </br> ) </br> ) |

## JOINT [PROPOSED] SCHEDULING ORDER

Pursuant to the agreement of the Parties and the Court's orders issued during the scheduling conference held on October 4, 2006, IT IS HEREBY ORDERED:

1. The Parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than October 31, 2006.

2. The Parties shall amend the pleadings and/or join additional parties no later than December 29, 2006.

3. Fact discovery shall close on July 2, 2007.

4. The party bearing the burden of proof on an issue shall serve expert reports no later than August 3, 2007.

5. Rebuttal expert reports shall be served no later than September 3, 2007.

6. Depositions of experts shall be completed by October 8, 2007.

7. Motions for summary judgment shall be filed no later than November 5, 2007.

2

8. The Court will hold a status conference on or about <u>January 14, 2008</u>, to address matters concerning any pending dispositive motions, final pretrial conference deadlines and the trial date.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge