UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, )<br>)<br>A Virginia Limited Liability Company, )<br>)<br>      Plaintiff/Counter-Defendant, )<br>)<br>  v. )<br>)<br>DC KICKBALL, )<br>)<br>  and )<br>)<br>CARTER RABASA, Individually )<br>)<br>      Defendants/Counter-Plaintiffs. )<br>) | Civil Action No. 1:06CV984 (EGS) |

## UNOPPOSED MOTION TO APPEAR PRO HAC VICE
## FOR WILLIAM R. TOWNS

The undersigned, Melvin A. Todd, a member of the bar of this Court, pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the Declaration of William R. Towns, filed contemporaneously herewith, respectfully moves this Court on behalf of Defendants/Counter-Plaintiffs DC Kickball and Carter Rabasa ("Defendants"), individually and collectively, to permit William R. Towns to appear *pro hac vice* in the above captioned cased filed in the United States District Court for the District of Columbia for Defendants.  Counsel for Defendants has conferred with Counsel for Plaintiff/Counter-Defendant who indicated they were not opposed to this Motion.  A proposed Order is being filed contemporaneously with this Motion.

2

Dated:  December 13, 2006            Respectfully submitted,

                                                  /s/ Melvin A. Todd
                                    By:  Melvin A. Todd (DC Bar No. 481782)
                                                  NOVAK DRUCE & QUIGG LLP
                                                  1000 Louisiana, Fifty Third Floor
                                                  Houston, TX 77002
                                                  Phone: 713-571-3400
                                                  Facsimile: 713-456-2836
                                                  *Attorney for Defendants/Counter-Plaintiffs*

**CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the **UNOPPOSED MOTION TO APPEAR PRO HAC VICE FOR WILLIAM R. TOWNS** was served on Plaintiff's counsel via First Class Mail and Facsimile Transmission on December 13, 2006 as follows:

>Thomas M. Dunlap, Esq.
>Daniel L. Grubb, Esq.
>Dunlap, Grubb & Weaver, P.C.
>199 Liberty St., SW
>Leesburg, VA 20175-2715
>Facsimile: 703-777-3656

>/s/ Melvin A. Todd
>Of Novak Druce & Quigg LLP