UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC,<br>A Virginia Limited Liability Company,<br>    Plaintiff,<br><br>v.<br><br>DC KICKBALL,<br>  and<br>CARTER RABASA, Individually<br>    Defendants. | Civil Action No. 1:06CV984 (EGS) |

**DECLARATION OF WILLIAM R. TOWNS
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, William R. Towns, hereby declare as follows:

1. I am a partner in the firm of Novak, Druce & Quigg LLP, 1000 Louisiana Street, 53rd Floor, Houston, Texas 77002. My telephone number is (713) 571-3400.

2. I am a member in good standing of the Bar of the State of Texas and the bars of the following United States Courts: the United States District Courts for the Southern, Western and Northern Districts of Texas and the United States Court of Appeals for the Fifth Circuit.

3. I have never been held in contempt of any court or publicly reprimanded, censured, suspended, disciplined or disbarred by any court or bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5.      I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration is executed at San Antonio, Texas on December 11, 2006.

William R. Towns