## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| A Virginia Limited Liability Company, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Civil Action No. 1:06CV984 (EGS) |
| DC KICKBALL, | ) |
| and | ) |
| CARTER RABASA, Individually | ) |
| Defendants/Counter-Plaintiffs. | ) |

### ORDER OF ADMISSION

Upon consideration of the Motion by Defendants/Counter-Plaintiffs DC Kickball and Carter Rabasa, pursuant to Local Rule 83.2(d) for an order permitting William R. Towns to appear *pro hac vice* in this action, the Motion is GRANTED, and it is hereby;

SO ORDERED this _____ day of _____ 2006.

_____
The Honorable Emmet G. Sullivan
United States District Court Judge