UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| | ) |
|     Plaintiff - Counterclaim Defendant | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| DC KICKBALL, et al. | ) |
| | ) |
|     Defendants - Counterclaim Plaintiffs. | ) |
| | ) |

**PLAINTIFF'S 12(b)(6) MOTION TO DISMISS COUNTERCLAIMS AND/OR 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS DISMISSING COUNTERCLAIM AND REQUEST FOR HEARING**

COMES NOW, WAKA, LLC (hereinafter "WAKA" or "Counterclaim Defendant"), pursuant to *Rule 12(b)(6) and/or Rule 12(c) of the Federal Rules of Civil Procedure,* and moves this Court for an Order dismissing with prejudice the Counterclaims on the grounds that they fail to state a claim for which relief can be granted, or, that after a review of all pleadings they are subject to dismissal as a matter of law. The grounds for the motion are contained in the memorandum in support being filed contemporaneously herewith and incorporated herein by reference. WAKA, LLC requests a hearing on this motion.

Dated January 9, 2007

    Respectfully submitted,
    **WAKA, LLC**
    By its attorneys,
    /s/ Thomas M. Dunlap
    Thomas M. Dunlap, D.C. Bar # 471319
    Lee. E. Berlik, D.C. Bar#458370
    Eugene W. Policastri, D.C. Bar#470203
    DUNLAP, GRUBB & WEAVER P.C.
    1200 G Street, NW Suite 800
    Washington, DC 20005
    Counsel for Plaintiffs
    Telephone: 202-316-8558
    Facsimile: 202-318-0242
    tdunlap@dglegal.com
    *Attorney for the Plaintiff - Counterclaim Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this 9th day of January, 2007, a true and correct copy of the foregoing MOTION TO DISMISS COUNTERCLAIMS was sent via US First Class Mail and facsimile to the following:

Melvin A. Todd
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, NW
400 East Tower
Washington, DC 20005
Phone 202-659-0100
Facsimile 202-659-0105

/s/ Thomas M. Dunlap
Thomas M. Dunlap