UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
|     **Plaintiff - Counterclaim Defendant** | ) ) ) |
| v. | ) Civil Action No. 1:06cv00984 EGS ) |
| DC KICKBALL, et al. | ) ) |
|     **Defendants - Counterclaim Plaintiffs.** | ) ) |

## ORDER

CONSIDERING THE FOREGOING, motion to dismiss counterclaims filed by Plaintiff, WAKA, LLC, it is this ___ day of _____, 2007, by the Court

ORDERED that the motion to dismiss pursuant to Rule 12 (b)(6) is hereby GRANTED;

Or

ORDERED that the motion for judgment on the pleadings pursuant to Rule 12 (c) is hereby GRANTED; AND

IT IS FURTHER ORDERED that the Counterclaims are dismissed, with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Service copies to:

Thomas M. Dunlap
Melvin A. Todd