## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| A Virginia Limited Liability Company, | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| DC KICKBALL, | ) |
| and | ) |
| CARTER RABASA, Individually | ) |
| Defendants-Counterclaim Plaintiffs. | ) |

### ORDER

THIS MATTER, coming on to be heard before the undersigned on Defendants' <u>Unopposed</u> Motion For Extension of Time to File Opposition to Plaintiff's 12(b)(6) Motion to Dismiss Counterclaims and/or 12(c) Motion For Judgment on the Pleadings Dismissing Counterclaim ("Motion to Dismiss"), and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the time for Defendants to answer, respond, or otherwise plead to the Motion to Dismiss is extended until and including January 26, 2007.

IT IS SO ORDERED.

This the _____ day of January, 2007.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge