# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, <br><br> A Virginia Limited Liability Company, <br><br>   Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> DC KICKBALL, <br><br>   and <br><br> CARTER RABASA, Individually <br><br>   Defendants-Counterclaim Plaintiffs. | Civil Action No. 1:06cv00984 EGS |

## [PROPOSED] ORDER

Upon consideration of Plaintiff WAKA, LLC's 12(b)(6) Motion to Dismiss Counterclaims and/or 12(c) Motion For Judgment on the Pleadings Dismissing Counterclaim ("Motion to Dismiss"), along with Defendant's Memorandum in Opposition, it is hereby ORDERED that the Motion is DENIED in all respects.

IT IS SO ORDERED.

This the _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge