**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                  )
WAKA LLC,                         )
                                  )
                Plaintiff,        )
                                  )
        v.                        )  Civil Action No. 06-984 (EGS)
                                  )
DC KICKBALL, *et al.*,            )
                                  )
                Defendants.       )
_____)

<u>ORDER</u>

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that plaintiff's motion to dismiss and/or motion for judgment on the pleadings is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that defendants' counterclaims under Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, and D.C. Code § 28-4502 are **DISMISSED**; and it is

**FURTHER ORDERED** that the Court **DENIES** plaintiff's motion with respect to defendants' counterclaims under Section 2 of the Sherman Antitrust Act, 15 U.S.C. § 2, and D.C. Code § 28-4503; and it is

**FURTHER ORDERED** that the Court stays discovery on the antitrust counterclaims until after resolution of the plaintiff's copyright infringement claim.  Discovery is <u>not</u> stayed and shall

continue as previously ordered with respect to the allegations in the complaint.

**SO ORDERED.**


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **May 25, 2007**