**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WAKA, LLC, | ) |
| | ) |
|     **Plaintiff - Counterclaim Defendant** | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| DCKICKBALL, et al. | ) |
| | ) |
| **Defendants - Counterclaim Plaintiffs.** | ) |
| | ) |

### NOTICE OF DEPOSITION – CARTER RABASA

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff WAKA, LLC, by counsel, will take the deposition of Carter Rabasa at the law offices of Dunlap, Grubb & Weaver, P.C., 1200 G St. NW, Suite 800, Washington, D.C. 20005 under oath before a court reporter or some other officer duly authorized to administer oaths by the laws of the United States and/or the District of Columbia, and that the deposition will commence at 9:00 a.m. on Wednesday, August 22, 2007 and shall continue until completed. The deposition will be taken for all purposes including without limitation for discovery. The testimony shall be recorded by a court reporter and may be recorded by sound, sound and visual, or stenographic means.

Dated: July 26, 2007

Respectfully Submitted,
/s/_____
Thomas M. Dunlap DCB #471319
Eugene W. Policastri DCB # 470203
Christopher P. Benjamin DCB #486330
199 Liberty Street SW
Leesburg, Virginia 20175-2715
Telephone: 703-777-7319
Facsimile: 703-777-3656
tdunlap@dglegal.com
Counsel for WAKA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2007, a true copy of the foregoing *Notice of Deposition – Carter Rabasa* was emailed, and on the 26th day of July, 2007 was transmitted via facsimile and mailed postage paid to:

Jeffrey Morgan
Novak Druce & Quigg LLP
Wells Fargo Plaza
1000 Louisiana Street, 53rd Floor
Houston, TX 77002
(713) 456-2836  facsimile
jeff.morgan@novakdruce.com
Counsel for Defendant

_____
Eugene W. Policastri