## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAKA, LLC,** | ) |
| | ) |
| **Plaintiff - Counterclaim Defendant** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:06cv00984 EGS** |
| | ) |
| **DC KICKBALL, et al.** | ) |
| | ) |
| **Defendants - Counterclaim Plaintiffs.** | ) |
| | ) |

## PLAINTIFF'S 26(a)(2) EXPERT WITNESS DISCLOSURE

COMES NOW, WAKA, LLC to *Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the Scheduling Order herein* and discloses the following expert witness information listing the expert witnesses it intends to call at trial as follows:

1. Stan V. Smith, Ph. D.
   President
   Smith Economics Group, Ltd.
   1165 N. Clark St., Suite 600
   Chicago, Illinois  60610
   312-943-1016

Dr. Smith's CV is attached as Exhibit A and includes his list of publications. Dr. Smith's listing of prior testimony is attached as Exhibit B.

Dr. Smith is an expert in the field of forensic economics and will testify about the nature and amount of the monetary losses sustained by WAKA, LLC as a result of the copyright infringement, defamation and other actions of the Defendants. He will testify consistent with his report which is today served on counsel for all parties. This information is confidential and is not to be shared outside of the litigation. Any and all backup information will only be disclosed upon entry of a protective order.

Dr. Smith's compensation for this engagement is as set forth in the compensation schedule attached hereto as Exhibit C.

Dated August 3, 2007

Respectfully submitted,

**WAKA, LLC**

By its attorneys,

/s/ Thomas M. Dunlap

Thomas M. Dunlap, D.C. Bar # 471319

Eugene W. Policastri, D.C. Bar#470203

DUNLAP, GRUBB & WEAVER P.C.

1200 G Street, NW Suite 800

Washington, DC 20005

Counsel for Plaintiffs

Telephone: 202-316-8558

Facsimile: 202-318-0242

tdunlap@dglegal.com

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd  day of August, 2007, a true and correct copy of the foregoing Expert Disclosure was sent via United States First Class Mail and facsimile to the following:

Melvin A. Todd

Jeffrey Morgan

NOVAK DRUCE & QUIGG LLP

1300 Eye Street, NW

400 East Tower

Washington, DC 20005

Phone 202-659-0100

Facsimile 202-659-0105

/s/ Thomas M. Dunlap

Thomas M. Dunlap

**Exhibit A**

# SEG

## Smith Economics Group, Ltd.

A Division of Corporate Financial Group
*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

## S T A N   V.   S M I T H,   P H. D.

**Smith Economics Group, Ltd.** -- Consultants and Experts in Economics and Finance. President, 11/85 to present. Assisted in the successful resolution of thousands of lawsuits on behalf of clients that include many dozens of the nation's largest law firms, the U.S. Department of Justice, as well as thousands of other prominent plaintiff and defense law firms in almost every state. Firm provides economic and financial consulting and economic legal analysis in federal and state courts on damages of every sort including: business losses, lost wages and other injury losses, business valuation, hedonic damages, product liability, pension fund evaluation and withdrawal liability, security losses, commercial damages, employment discrimination, identity theft and FCRA credit damages.

------------------------------------------------------------------

**DePaul University.** -- Adjunct Professor, College of Law, 1990 to 1994. Taught a full three-credit course in Advanced Remedies - Analysis of Economic Damages in Litigation, based on my textbook on Forensic Economics; delivered lectures to other courses in subsequent years. This was the first course taught nationwide in the area of Forensic Economics.

**Ibbotson Associates, Inc.** -- Economic and Financial Consultants. Principal and Managing Director; Originator of SBBI Subscription Services, 11/81 to 11/85. Firm provides consulting to hundreds of the nation's most prominent money managers, law firms, brokerage firms, and pension funds.

**Seaquest International, Inc.** -- Founder and President, 7/77 to 11/81. Developed and financed sophisticated research, search, and recovery technologies for ancient underwater artifacts.

**The December Group, Ltd.** -- Investment Banking Consultants. Associate Economic Analyst 12/74 to 7/77. Firm specialized in mergers and acquisitions, leveraged buy-outs, divestitures and financing specialized start-ups with venture capital.

**JPMorgan Chase Bank - Chicago.** -- Staff Economist, 3/74 to 12/74. Analyzed bank credit and service pricing policies.

**Federal Reserve System.** -- Staff Economist at Board of Governors, Washington, D.C. 9/73 to 2/74.

**University of Chicago.** -- Lecturer in Public Policy Economics, 3/73 to 6/73. Research Assistant in Economics, 3/70 to 6/73.

**Midlothian Manufacturing Co.** -- Vice President, 9/68 to 3/73. Responsible for marketing to retail and industrial clients; responsible for production control.

SEG

## EDUCATIONAL BACKGROUND:

University of Chicago, Chicago IL.  Ph.D. in Economics, 1997; Support Areas inFinance and
Econometrics.  Honors: Allied Chemical Scholar and Federal Reserve Internship.

University of Chicago, Chicago, IL.  Master's Degree, 1972, Graduate School of Business; Field
of Concentration in Economics.

Cornell University, Ithaca, NY.  Bachelor of Science, Operations Research, 1968; Field of
Concentration in Statistics, Computer Science and Industrial Engineering, Honors: John
McMullen Scholar.


## PROFESSIONAL ACTIVITIES:

American Arbitration Association, Arbitrator, 1994 to 1996;
American Board of Disability Analysts, Member & Diplomate, 2001 to present;
American Board of Disability Analysts, Professional Advisory Council, 2002 to present;
American College of Forensic Examiners, Fellow and Board Certified Forensic Examiner, 1996
to 2005;
American Economic Association, Member, 1985 to present;
American Finance Association, Member, 1985 to present;
Journal of the American Rehabilitation Economics Association: The Earnings Analyst,
Manuscript Referee, 1998 to 2002;
Journal of Forensic Economics, Board of Editors, 1990 to 2001;
Journal of Forensic Economics, Manuscript Referee, 1990 to 2003;
National Academy of Economic Arbitrators, Founder and Charter Member, 1989 to2005;
National Association of Forensic Economics, Vice President, 2000 to 2003;
National Association of Forensic Economics, Member, 1988 to present;
National Futures Association's Panel of Arbitrators, Arbitrator, 1994 to present.


## PUBLICATIONS:

Author, "Historical Returns on Investment Instruments," Handbook of Modern Finance 1985,
with Roger Ibbotson and Larry Siegel; Dennis Logue, ed., Warren, Gorham & Lamont, New
York.
Author, 1988 Supp.to Vol 13, Am Jur Proof of Facts 2d on Hedonic Damages.
Author, "Economist Proposes Relief From Present Value Ruling," Chicago Daily Law Bulletin,
June 8, 1988.
Author, "Hedonic Damages" Illinois Tort Report, June, 1988.
Author, "Hedonic Damages in Wrongful Death Cases," the ABA Journal, Sept,1988.
Author, "Hedonic Damages," The Audio Lawyer, Vol. 6 No. 8, ALI-ABA, February, 1989.
Author, "The Hedonic Value of Life: Economic Expert Witness Testimony in Injury and
Wrongful Death," Expert Evidence Reporter, Vol. 1, No. 1, September 1989, Shepard's
McGraw-Hill.  6C7



Co-author: <u>Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1990.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," <u>Journal of Forensic Economics</u>, 3(1), 1990, pp. 1-8.  6619

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters," <u>Journal of Forensic Economics</u>, 3(3), 1990, pp. 41-49.

Author, "Admissibility of Hedonic Damages Testimony," <u>The Audio Litigator</u>, Vol. 1, No. 1, April, 1990, ALI-ABA.

Author, "Hedonic Damages," with G. Magnarini, <u>Wisconsin Lawyer</u>, Vol. 64, No. 2, February 1991.

Author, "Hedonic Damages: Assessing the Loss of Enjoyment of Life," <u>CaliforniaState Bar Bulletin</u>, Vol. 1, No. 8, June 1991.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," <u>Journal of Forensic Economics</u>, 3(1), 1990, pp. 1-8; Reprinted in <u>A Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 7, pp. 121-129, 1992.

Co-author: <u>1991/1992 Cumulative Supplement to Economic/Hedonic Damages: Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1992.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters,," <u>Journal of Forensic Economics</u>, 3(3), 1990, pp. 41-49; Reprinted in <u>A Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 6, pp. 111-120, 1992.

Author, "Spotting Bias in Plaintiffs' Economic Loss Reports: A Primer for both Sides," <u>Illinois Bar Journal</u>, Vol 80, No. 12, December, 1992, pp. 635-638.

Author, "Life Values: Measuring the Loss of Enjoyment of Life - Economic Analysis whose time has come," <u>The Brief</u>, Summer 1993, Vol. 22, No. 4 pp 24-27, 62-63, The American Bar Association.

Co-author: <u>1992/1993 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire and Charles W. de Seve, Anderson Publishing Co., Cinn., Ohio, 1993.

Author, "Evaluating the Loss of Enjoyment of Life - Hedonic Damages," in Charles N. Simkins, ed., <u>Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury</u>, National Head Injury Foundation, Wash., DC, 1993.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. <u>Litigation Economics</u>, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993.

Author, "Economic Evaluation of the Loss of Enjoyment of Life - HedonicDamages," in <u>Damages in Tort Actions</u>, Ch. 124, Release 29 - February 1994, Pub. 309, Mathew Bender & Co., New York.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases – Hedonic Damages," <u>Journal of the Massachusetts Academy of Trial Attorneys</u>, Vol 2, No. 1, July, 1994, pp. 65-67.

Author, 3-Part Series, "Two Plus Two Equals -- What?" October, 1994, p. 21;  "Detecting Bias I n Economics,"  November, 1994, pp. 14 & 21; "Striving for Economic Fairness," December,

SEG

1994, pp. 24-25, <u>California Bar Journal</u>, The Experts.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>MTLA News</u>, Vol. 6, No. 4, December, 1994, pp. 3-5, Maine Trial Lawyers Association.

Author, "Hedonic Damages: Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>The Prairie Barrister</u>, Vol. 1, No. 1, Winter, 1995, pp. 3, 4, & 12, Nebraska Association of Trial Attorneys.

Author, "Measuring The Loss of Enjoyment of life in Personal Injury Cases in Ohio - Hedonic Damages," <u>Ohio Trial</u>, Vol. 6, Issue 3, Summer 1995, pp. 13- 16, Ohio Academy of Trial Lawyers Education Foundation.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Advocate</u>, Vol. 22, No. 5, September/October, 1995, pp. 14-16, 22, The Kentucky Academy of Trial Attorneys.

Author, "Damages for the Value of Life,"  North Dakota Trial Lawyers <u>The Pleader</u>, Vol. 18, No. 4, September 1995, pp. 9-11, 24.

Author, "Hedonic Damages - Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>Law Reporter</u>, The Journal of the Hawaii Trial lawyers Association, Vol. 7, No. 9, September 1995, pp. 8-10.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Arizona - Hedonic Damages," <u>Advocate</u>, Arizona Trial Lawyers Association, November 1995, pp. 5, 7, 15.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," <u>Journal of Forensic Economics</u>, 3(1), 1990, pp. 1-8; Reprinted in <u>A New Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 25, 1996, pp. 325-334.

Author, "Hedonic Damages - Measuring the Loss of Enjoyment of Life in P.I. Cases," <u>In Brief</u>, Iowa Trial Lawyers Association, Vol. 7/Issue 1, January-February 1996, pp. 13-15.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. <u>Litigation Economics</u>, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993; Reprinted in <u>A New Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 3, 1996, pp. 15-36.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases and Wrongful Death Cases in New Mexico - Hedonic Damages," <u>The New Mexico Trial Lawyer</u>, New Mexico Trial Lawyers' Foundation, Vol. XXIV, No. 3, March, 1996, pp. 1, 60-63.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>Idaho Trial Lawyers Association Journal</u>, Volume 25, Number 2, Summer 1996, pp. 32-36.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>The New Hedonics Primer for Economists and Attorneys</u>, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1996, pp. 377-384.

Author, "Pseudo-Economists - The New Junk Scientists," <u>Federation of Insurance & Corporate Counsel Quarterly</u>, Vol. 47, No. 1, Fall 1996, pp. 95-105.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Idaho - Hedonic Damages," <u>Western Chronicle</u>, N/D 1996, Western



Trial Lawyers Association, pp. 32, 35-36.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Washington - Hedonic Damages," <u>Trial News</u>, Vol. 32, Number 5, January 1997, Washington State Trial Lawyers Association, pp. 29-30.

Author, "Jury Verdicts in Drunken Driving Cases," University of Chicago Ph.D. Thesis, UMI Dissertation Services, Ann Arbor, MI, 1997.

Author, "The Value of Life to Close Family Members:  Calculating the Loss of Society and Companionship," <u>American Rehabilitation Economics Association 1997 Monograph</u>, pp. 10-16.

Author, Abstract:  "Jury Verdicts in Drunken Driving Cases," <u>Journal of Forensic Economics</u>, 11(1), 1998, p. 67-68.

Author, "Why Juries Can Be Trusted," <u>Voir Dire</u>, Vol. 5, Issue 3, Summer 1998, American Board of Trial Advocates, pp. 19-21 & 25.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Neurolaw Letter</u>, Vol. 9, No. 8, April 2000, pp. 45, 48-49.

Author, "Jury Verdicts and the Dollar Value of Human Life," <u>Journal of Forensic Economics</u>, 13(2), 2000, pp. 169-188.

Author, "Hedonic Damages," Izabela Z. Schultz, Douglas O. Brady, Steven Carella, Eds., <u>Psychological Injuries at Trial</u>, Torts Section, American Bar Association, 2003.

Contributor, "Determining Economic Damages," Gerald D. Martin, James Publishing Inc., current year & previous years' editions.

Contributor, "Economic Foundations of Injury and Death Damages," Roger T. Kaufman, James D. Rodgers, Gerald D. Martin, Edward Elgar Publishing, Inc., 2005.

Author, "Don't Overlook the Loss of Expanded Family Services," <u>Trial</u>, Vol. 42, No. 3, "Good Counsel" Column, March 2006, pg. 73.

_____

Originator of <u>Stocks, Bonds, Bills, and Inflation</u> (SBBI) Yearbook and Companion, Services published by Ibbotson Associates.  SBBI is the authoritative compendium of U. S. financial and investment performance data from 1926 to the present.  SBBI is widely relied upon and regarded as the standard reference in courts of law and by the academic, actuarial and investment community.

**<u>PROFILES:</u>**

<u>The Wall Street Journal</u>, page 1 feature article with photo;
<u>The Best Lawyer's in America: Directory of Expert Witnesses</u>;
<u>National Law Journal</u>, page 1 feature article with photo;
<u>Who's Who in the World</u>;
<u>Who's Who in America</u>;
<u>Who's Who in Finance and Industry</u>;
<u>Who's Who in Science and Engineering</u>;
<u>Who's Who in the Midwest</u>;
<u>Who's Who of Emerging Leaders of America</u>;
<u>Chicago Daily Law Bulletin</u>, page 1 feature article;



<u>Chicago Reader</u>, Section 1 feature article with photo;
<u>Like Judgment Day:  The Ruin and Redemption of A Town Called Rosewood</u>, D'Orso,
    Michael, 1996, Pg. 237.


## NATIONAL PRESENTATIONS:

Arizona: Brain Injury Association 13th Annual Conference for Attorneys, Phoenix, September
    16, 1999;
California: American Bar Assn. Annual Meeting, San Francisco, August    10, 1992;
California: American Trial Lawyers Association 2005 Winter Convention, "Making Tangible the
    Intangible: Replacement Household/Family Services", Palm Springs, January 29, 2005;
Canada: Association of Trial Lawyers of America Annual Meeting, Economic Damages,
    Toronto, 1991;
District of Columbia: Larry King Live, Washington, May 22, 1989;
District of Columbia: National Institute for Trial Advocacy (NITA), Seventh Annual Washington
    DC Masters Advocacy Program, "Direct and Cross Examination of an Economic Witness,"
    Washington, October 15, 1991;
District of Columbia: National Assn. of Protection & Advocacy Systems, Inc., 19th Annual
    Conference, "Assessment and Proof of Damages," Washington, May 30, 1996;
Florida: Association of Trial Lawyers of America 1992 Winter Convention, Boca Raton,
    "Cutting Edge Developments in Economic Testimony," January 15, 1992;
Florida: Brain Injury Association 10th Anniversary Trial Lawyers Conference, Palm Beach,
    September 19, 1996;
Florida: National Assn. of Consumer Advocates, 2003 NACA-FCRA Conference, Building on
    Our Success, Panel of Experts,"What the Experts Have Learned, A View From the Witness
    Box, " Orlando, March 9, 2003;
Georgia: National Academy of Economic Arbitrators Annual Meeting, Differences in Economic
    Assumptions in Personal Injury Wage Calculations, Atlanta, December, 1989;
Georgia: National Assn. of Forensic Economics Annual Meeting, Value of Life, Atlanta,
    December, 1989;
Hawaii: American Bar Assn. Annual Meeting in Honolulu, HI, Speaker and Expert Witness at
    Mock Trial, Honolulu, August, 1989;
Idaho: Inner Circle of Advocates Annual Meeting, Sun Valley, August, 1989;
Illinois: University of Chicago 1982 Annual Management Conference on Venture Capital;
Louisiana: American Bar Assn., National Institute Transportation   Megaconference, New
    Orleans, March 5, 1993;
Louisiana: Defense Research Institute, Medical Malpractice Seminar, New Orleans, May 6,
    1994;
Louisiana: Association of Trial Lawyers of America 2001 Winter Convention, Litigation at
    Sunrise, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases -- Hedonic
    Damages Over the Last Ten Years," New Orleans, February 12, 2001;
Louisiana: National Assn. of Consumer Advocates, 2005 NACA-FCRA Conference, "Litigating
    Accuracy Issues with Furnishers of Credit Data," Speaker on Economic Damages, New
    Orleans, June 5, 2005;
Michigan: Northwest #255 Air Disaster Steering Committee Mtg, Detroit, June,1989;



Nevada: American Rehabilitation Economics Association Conference, Mock Trial
    Presided by Nevada Supreme Court Justice William Maupin, Reno, May 15, 1999;
Nevada: National Assn. of Consumer Advocates, 2006 NACA-FCRA Conference, "Experts on
    Damages," Washington, May 6, 2006;
Nevada: National Assn. of Consumer Advocates, 2006 NACA-FCRA Conference, "Breakfast
    with the Stars," Washington, May 7, 2006;
Pennsylvania: Swiss Re American Annual Claims Conference, "Looking to the Third
    Millenium," Hershey, June 3, 1996;
Texas: MADD Advanced Victim Assistance Institute Seminar, Dallas, November 12, 1994;
Texas: National Norplant Litigation Conference 1995, Houston, June 22, 1995.


## REGIONAL PRESENTATIONS:

Hawaii: Western Trial Lawyers Assn. 1994 Annual Convention, "Making it Work-Trial Practice
    in the 90's," Maui, June 16, 1994;
Illinois: GSA Seminar "Selling your Business", Chicago, October, 1987;
Louisiana: Southern Trial Lawyers Assn. Annual Meeting, New Orleans, 1988;
Louisiana: Southern Trial Lawyers Assn. 1996 Mardi Gras Conference, ATLA
Traumatic Brain Injury Litigation Group, "Economic Implication of a Closed Head Injury," New
    Orleans, February 18, 1996;
Michigan: Advocacy Institute, Continuing Legal Education, 46th Annual Seminar, "Wrongful
    Death of an Older Person," Ann Arbor, May 12, 1995;
Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain
    Injury Case," Novi, August 21, 1997;
Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain
    Injury Case," Livonia, August 26, 1998;
New York: Eastern Finance Assn. Special Session on Pension Fund Asset Reversions, 1985;
New York: American Reinsurance Company for Senior Claims Executives Annual Meeting,
    August, 1989;
Ohio: Anderson Publishing Co., Proof of Economic Damages Seminar, Cincinnati, November 2,
    1990.


## STATEWIDE PRESENTATIONS:

California: Arizona State Bar Fourth Annual "CLE By The Sea," San Diego, July 22-23, 1994;
Connecticut Trial Lawyer Assn., "All About Experts," Hartford, November 21,1992;
Florida State Bar Assn., National Institute of Trial Advocacy (NITA), Advanced Trial Advocacy
    Seminar, Speaker and Expert Witness at Mock trial on Economic Damages, Gainesville, May
    14, 1991;
Georgia Brain Injury Association & Institute of Continuing Legal Education in Georgia,
    "Hedonic Damages: Proving Loss of Enjoyment of Life in Non-Fatal Injury Cases," Atlanta,
    March 29, 2002;
Idaho Trial Lawyers Assn. Annual Meeting, Twin Falls, February 23, 1996;



Illinois State Bar Assn. CLE Series, April, 1989;

Illinois: Insurance Group of the Union League Club of Chicago, "Toward A More Rational Approach to Liability Judgments," Chicago, March 19, 1991;

Indiana State Bar Assn. Annual Meeting, October, 1989;

Indiana Trial Lawyers Assn. Annual Meeting, November 30, 1990;

Indiana State Bar Assn. "Masters in Trial" Spring Meeting, South Bend, April 18, 1997;

Iowa Trial Lawyers Assn. Annual Meeting, Des Moines, November 5, 1993;

Kentucky Academy of Trial Attorneys Damages Seminar, Louisville, August 18,1995;

Louisiana Trial Lawyer Assn., Baton Rouge, "Winning with Experts" Seminar, November 10, 1989;

Louisiana Trial Lawyer Assn., "Winning With the Masters" Seminar, New Orleans, November 21, 1995;

Louisiana Trial Lawyer Assn., "Winning With the Masters" Seminar, New Orleans, December 10, 1997;

Massachusetts Trial Lawyers Assn., "Learn From    the Experts," Boston, October 9, 1992;

Massachusetts Trial Lawyers Assn. Annual Mtg, Boston, October 29, 1993;

Michigan Trial Lawyers Assn. Annual Mtg, Wrongful Death Damages, May, 1990;

Michigan Head Injury Alliance Fifth Annual Seminar on Closed Head Injury, Detroit, March 24, 1994;

Michigan Head Injury Alliance Sixth Annual Seminar on Closed Head Injury, Detroit, March 23, 1995;

Michigan Head Injury Alliance Seventh Annual Seminar on Closed Head Injury, Detroit, March 28, 1996;

Michigan Head Injury Alliance Eighth Annual Seminar on Closed Head Injury, Detroit, March 27, 1997;

Michigan, Institute of Continuing Legal Education, "The Name of the Game is Damages-- Plaintiff and Defense Strategies in Negligence and Employment Cases," Troy, July 20, 2000;

Michigan Trial Lawyers Assn. Winter Seminar, "Hedonic Damages and Other Special Economic Issues," Gaylord, February 24, 2001;

Michigan Trial Lawyers Assn. 13th Annual Seminar in the Snow, Litigation Strategies and Techniques, "Loss of Society and Household Companionship and Advisory Services," Bellaire, February 22, 2003;

Mississippi Trial Lawyers Assn. Annual Convention, "Shooting Stars Seminar," Biloxi, May 19, 1995;

Mississippi Trial Lawyers Assn. Annual Convention, "Taking Your Recovery to the Next Level: Hedonic Damages," Biloxi, May 10, 2001;

Mississippi: Arkansas Trial Lawyer Assn. "Maximizing Damages in the Personal Injury Case," Tunica, MS, October 24, 2003;

Missouri: Kansas Trial Lawyers Assn. Annual Meeting, Kansas City, December 8, 1990;

Missouri State Bar Annual Meeting, Kansas City, September 19, 1996;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," Kansas City, April 19, 2002;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," St. Louis, May 9, 2002;



Montana Trial Lawyer Association Fourth Annual Convention, "Proving The Intangible (Hedonic) Value of Human Life," Whitefish, July 23, 1993;

Montana Trial Lawyer Association Seventh Annual Convention, Seminar of the Masters, Polson, August 1, 1996;

Montana Trial Lawyer Association Spring Seminar, Scientific Evidence, "Making Tangible the Intangible: Loss of Enjoyment of Life, and Society & Companionship Damages," Billings, April 25, 2003;

Nevada: Required Medical and Legal Education for the Traumatic Brain Injury Case, "9/11 Victim Compensation Fund Hedonic Damages: Implications for the State of Nevada," Las Vegas, October 25, 2002;

New Hampshire Trial Lawyer Association, "Secrets & Strategies of Trial Law," Concord, October 8, 1993;

New Mexico Trial Lawyers Association Annual Meeting, Economic Damages, Santa Fe, June 22, 1991;

New Mexico Trial Lawyers Foundation Damages Seminar, Albuquerque, October 11, 1996;

North Carolina, Brain Injury Assn. of NC, First Annual Trial Lawyers Conference, "The Use of Expert Testimony in Brain Injury Litigation," Charlotte, January 26, 1996;

North Carolina, Brain Injury Assn. of NC, Second Annual Trial Lawyers Conference, "The Loss of Enjoyment of Life in Personal Injury - Hedonic Damages," Charlotte, January 24, 1997;

North Dakota Trial Lawyers Assn, Annual Meeting Trial Practice Seminar, Fargo, May 4, 1995;

Ohio Assn. of Trial Lawyers Annual Meeting, Speaker and Expert Witness at Mock Trial on Wrongful Death Damages, Toledo, April, 1990;

Ohio Head Injury Association, "Representing the Survivor of Mild Head Injury," Annual Seminar, Columbus, June 3, 1994;

Pennsylvania: Philadelphia Trial Lawyers Association CLE Lecture Series, March 17, 1993;

South Dakota Trial Lawyers Assn. Spring Seminar, April, 1989;

Texas Trial Lawyers Assn., Medical Malpractice Seminar, Wrongful Death Damages, Houston, May, 1990;

Washington State Trial Lawyers Annual Meeting & Convention, Stevenson, July 11, 1998;

Wisconsin Assn. of Trial Lawyers Annual Mtg, Wrongful Death Damages, Door County, July, 1990;

Wisconsin Brain Injury 2nd Annual Seminar, "Identifying and Understanding Traumatic Brain Injury," Green Lake, May 31, 1997.


## LOCAL PRESENTATIONS:

Alaska: Alaska Trial Lawyers Assn., Anchorage, August, 1989;

California: "Value of Life:  Dismal Science From the Courtroom, "Economics Department Workshop Colloquium, Pomona College, Claremont, April 17, 2006;

Illinois: Chicago North Suburban Bar Assn. May, 1988;

Illinois: Chicago Advocates Society, June, 1988;

Illinois: Northwest Chicago Suburban Bar Assn., January, 1989;

Illinois: Chicago Public Radio, WBEZ, February, 1989;



Illinois: DuPage County, Bar Assn., Chicago, May, 1989;
Illinois: Sangamon County Trial Lawyers Assn., Springfield, May, 1989;
Illinois: McHenry County Bar Assn., Chicago, May, 1989;
Illinois: Chicago Bar Assn. Wrongful Death Seminar, Wrongful Death Damages, February, 1990;
Illinois: Chicago Bar Assn. Torts Seminar, Defense Perspectives on Economic Damages, January 21, 1991;
Illinois: Chicago Bar Assn., Wrongful Death Seminar, February 11, 1993;
Illinois: Chicago Bar Assn. Effective Direct and Cross-Examination of Expert Witnesses - A Demonstration, January 9, 1995;
Illinois: Interstate National Corporation, "Cutting Edge Developments on Economic Damages - Defense Perspectives",Chicago, August 2, 1995;
Illinois: Interstate National Corporation, "Cutting Edge Developments on Economic Damages - Defense Perspectives", Chicago, September 2, 1997;
Illinois: Cassiday Schade & Gloor, "Catastrophic Damages...They're Back! - Limiting Damages After the Invalidation of Tort Reform," Chicago, November 18, 1998;
Michigan: American Radio Network, WFOX, Detroit, January, 1989;
Michigan: Oakland County Bar Association Negligence Committee, Bloomfield Hills, November 5, 1996;
Ohio: Hamilton County, Bar Assn. Seminar on Economic Damages, Cincinnati, January 31, 1991;
Law Bulletin Publishing Company, Legal Career Day, Economic Outlook for Lawyer Employment, April 13, 2004.


## TELEVISION/VIDEO PRESENTATIONS

American Bar Association Tort and Insurance Practice Section Annual
Meeting, "Hedonic Damages," San Francisco, CA, August 10, 1992;
American Law Institute-American Bar Association, ALI-ABA Tape,
"Hedonic Damages: Litigating the Loss of Enjoyment of Life," The Lawyers' Video Magazine, Vol. III Issue 20, Philadelphia, PA, December, 1991;
CNN: Larry King Live, May 22, 1989.

## PERSONAL BACKGROUND:

Born November 16, 1946, Rhinelander, Wisconsin;
Graduated Nicolet High School 1964, Milwaukee, Wisconsin;
Honorable Discharge U.S. Army, 1975.

**Exhibit B**

August 2, 2007

## LIST OF CASES IN THE LAST FOUR YEARS WHEREIN
## STAN V. SMITH HAS TESTIFIED

Karastoyanov v. Jain, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 04 L 12689
Law Firm= Mayer and Associates, Chicago, IL
07-31-2007 Part 1

Mittenthal v. Swedish Covenant Hospital, et al.
Circuit Court of Cook County, County Department, Law Division
No: 05 L 14608
Law Firm= Cogan & McNabola, Chicago, IL
07-31-2007

Miller v. Thelen Sand & Gravel, Inc., et al.
Circuit Court of Nineteenth Judicial Circuit, Lake County, Illinois
No. 06 L 286
Law Firm= Budin Law Office, Chicago, IL
07-18-2007

Starks, et al. v. Interstate Highway Construction, et al.
Circuit Court of Miller County, Arkansas, Civil Division
Case No. CIV 2006-425-2
Law Firm= Wigigton & Rumley, Corpus Christi, TX
07-18-2007

Waheed v. Chicago Transit Authority
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 04 L 006192
Law Firm= Peterson & Associates, Chicago, IL
07-16-2007

Mellenthin v., SBC-Ameritech
United States District Court, For the Northern District of Illinois, Eastern
Division
Case No. 05 C 3688
Law Firm= Larry & Associates, Chicago, IL
07-13-2007

Hemminger v. Lemay, et al.
State of Illinois, Circuit Court of the 14th Judicial Circuit, County of
Whiteside
No. 2005 139
Law Firm= Soderberg & Associates, Rockford, IL
07-12-2007

Smith et al. v. Payne, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Court No. 03 L 014237
Law Firm= Karp & Ellis, Chicago, IL

07-09-2007

McGee v. University of Illinois at Chicago Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 323
Law Firm= Bertucci Law Office
07-09-2007

Aragon, as Personal Representative of Estate of Baca v. Hyundai Motor Company, et al
Fourth Judicial District Court, State of New Mexico, County of San Miguel
No. CV-2005-82
Law Firm= CGT Law Group International; Corpus Christie, TX
07-06-2007 Part 2

Owen, et al. v. Ghia M.D; Elmhurst, et al.
Circuit Court of Cook County, Illinois, Law Division
No. L 007500
Law Firm= Ammendola Law Office, Chicago,IL
07-06-2007

Luark, et al. v. Viking Construction Company, Inc., et al.
San Joaquin County Superior Court
Case No. CV026796
Law Firm= Durney Law Office
06-28-2007

Schlom v. Marley Cooling Technologies
United States District Court for the Northern District of Illinois, Western
Division
Case No. 06-CV-50051
Law Firm= Aucoin Law Office, Covington, LA
06-27-2007

Parsons, et. al. v. The City of Corinth, Mississippi, et al.
Circuit Court of Alcorn County, Mississippi
No. CV03-012- F-A
Law Firm=  Berkley Law Office, Cardova, TN
06-26-2007

Kraima v. Ausman, MD.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 010769
Law Firm= Motherway & Napleton, Chicago, IL
06-25-2007

Guilbeaux v. Kansas City Southern Railway Company, et al.
U.S. District Court for the Eastern District of Oklahoma
Case NO. CIV 06-474-RAW
Law Firm= Hubbell Law Firm
06-22-2007

Hill v. Ob/Gyn Specialists, et al.
Circuit Court of Shelby County, Tennessee, For the Thirtieth Judicial District

at Memphis
Law Firm= Merkel & Cocke, Clarksdale, MS
06-22-2007

Lavern v. Illinois Masonic Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 004742
Law Firm= Cogan & McNabola, Chicago, IL
06-21-2007

Richards v. Marine
Circuit Court of Tenth Judicial Circuit, Peoria County, Illinois
No. 03-L-34
Law Firm= Presbrey & Assoc., Aurora, IL
06-20-2007

Yourchuck v. Burnett County, et al.
Circuit Court, State of Wisconsin, Burnett County
Case No. 02-CV-06
Law Firm= Novitzke Gust Sempf & Whitley
06-19-2007

Miles v. Jewish Hospital Healthcare Services, Inc, et al.
Jefferson Circuit Court, Division Sixteen
No. 04-CI-05338
Law Firm= Franklin & Hance, Louisville, KY
06-18-2007

Dasbach v. American Commercial Lines, et al.
Circuit Court of Cook County, Illinois, Law Division
No. 05 L 010281
Law Firm= Costello McMahon & Burke, Chicago, IL
06-13-2007

LaCross v. Sarnafil, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 99 L 2854
Law Firm= Jawor Law Office, Bolingbrook, IL
06-12-2007

Moore v. National Railroad Passenger Corporation (Amtrak)
Circuit Court of Cook County, Illinois, Law Division
No. 05 L 001818
Law Firm= Lipkin & Higgins, Chicago, IL
06-08-2007

Gillespie v. University of Chicago Hospitals, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8678
Law Firm= Chessick Law Office; Schaumburg, IL
06-07-2007

Burnwatt v. Baptist Memorial Hospital, et al.
Circuit Court of Lafayette County, Mississippi

Cause No. L02-186
Law Firm= Merkel & Cocke, Clarksdale, MS
06-06-2007

Gossett v. Jae Eun Han, MD, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No. 01 LK 204
Law Firm= Cogan & McNabola; Chicago, IL
06-05-2007

Smith v. Norton Hospitals, et al.,
Jefferson Circuit Court, Division 12
No. 04-CI-05213
Law Firm=Frankline & Hance, Louisville, KY
DDP 06-04-2007

Yourchuck v. Burnett County, et al.
Circuit Court, State of Wisconsim, Burnett County
Case No. 02-CV-06
Law Firm= Novitzke Gust Sempf & Whitley
06-05-2007

Bonar v. General Motors Corporation, et al.
Superior Court for the State of Arizona in and for the County of Maricopa
No. CV 2004-010005
Law Firm= Walthall Law Offices
05-24-2007

Burnwatt v. Baptist Memorial Hospital, et al.
Circuit Court of Lafayette County, Mississippi
Cause No. L02-186
Law Firm= Merkel & Cocke, Clarksdale, MS
05-22-2007

Jaghab v. Merz, et al.
State of Michigan, Circuit Court for County of Jackson
Case No. 05-6492-NI
Law Firm= Logeman Iafrate & Pollard
05-21-2007

Scott v. Christian Health Services Development Corp, et al.
Circuit Court of County of St. Louis, State of Missouri
Cause No. 05CC-002733, Division No. 12
Law Firm= Walker Law Office, Granite City, IL
05-19-2007

Justice v. Rios
Circuit Court of Twelfth Judicial Circuit, Will County, IL
No. 02 L 239
Law Firm= Krockey Cernugel Cowgill Clark & Pyles
05-17-2007

Westbook v. Dollar Rent A Car, Inc, et al.
U. S. District Court, District of Nevada

Case No. CV-S-05-0789-KID-PAL
Lawfirm = Rodriguez Law Offices, Las Vegas, NV
05-15-2007

Lord v. Argentina Consolidated Mining Company, et al.
District Court, Clark County, Nevada
No.l A 486480
Law Firm= Echeverria Law Offices; Reno, NV
05-15-2007

Montalbano v. 900-910 Lake Shore Drive Condominium Assoc., et al. v. Bogot
Service, Inc.
Circuit Court of Cook County, Illinos, County Department, Law Division
Case No. 03 L 010331
Law Firm= Lipkin & Higgins, Chicago, IL
5-14-2007

Gorny v. Starwood Hotels, et al.,
Circuit Court of Cook County, Illinois County Dept, Law Division,
No. 04 L 003769,
Law Firm= Cogan & McNabola, Chicago, IL,
05-10-2007 Part 2

Stanley, Administrator of Estate of Love, Deceased, v. City of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014728
Law Firm= Loggans & Associates; Chicago, IL
05-10-2007

Lenoir and Stokes v. Shelby County Healthcare Corp, et al.
Circuit Court of Tennessee, For the Thirtieth Judicial District at Memphis
No. CT003970-00, Division II
Law Firm= Merkel & Cocke, Clarksdale, MS
05-09-2007

Aragon, as Personal Representative of Estate of Baca v. Hyundai Motor Company,
et al
Fourth Judicial District Court, State of New Mexico, County of San Miguel
No. CV-2005-82
Law Firm= CGT Law Group International; Corpus Christie, TX
05-09-2007 Part 1

Butler v. Regional Medical Center , et al.
Circuit Court of Shelby County, Tennessee, Thirtieth Judicial District at
Memphis
No. CT-006658-00, Div. IV
Law Firm = Merkel & Cocke, Clarksdale, MS
05-09-2007

Delgado & Cochran v. Borysewich, et al.
District Court, Clark County, Nevada
Case No. A482360, Dept. No. X
Law Firm = Mainor Eglet Cottle, Las Vegas, NV
05-07-2007

<u>Kinstel v. Wilson, AutoZone, Inc, et al.</u>
District Court, Clark County, Nevada
Case No. A501221, Dept No. II
Law Firm= Mainor Eglet Cottle, Las Vegas, NV
05-07-2007

<u>Chambers v. Linn-Mathes, Inc, et al.</u>
Circuit Court of Cook County, Illinois, County Dept, Law Division
No. 04 L 001416
Law Firm= Burnes & Libman, Chicago, IL
04-30-2007

<u>Weiss v. City of Gainesville</u>
United States District Court
Northern District of Florida, Gainesville Division
Case No. 1:05 cv 158 MP-AK
Law Firm= Meredith Law Firm, St. Augustine, FL
04-18-2007

<u>Zerante v. Deluca and Proft</u>
United States District Court, Nothern District of Illinois, Eastern Division
Case No. 05 C 2421
Law Firm=O'Connell & Ryan, Chicago, IL
04-16-2007

<u>Moon v. Gwinnett Hospital System, Inc., et al.</u>
State Court of Fulton County, State of Georgia
Civil Action File No. 02 VS 041800 Y
Law Firm= Ball & Jennings, Chicago, IL
04-13-2007

<u>Justice v. Rios</u>
Circuit Court of Twelfth Judicial Circuit, Will County, IL
No. 02 L 239
Law Firm= Krockey Cernugel Cowgill Clark & Pyles
04-12-2007

<u>Flores & Hastings v. Meadows, et al.,</u>
District Court, Clark County, Nevada,
Case No. A504804, Dept. No. XX,
Law Firm= Aaron & Paternoster, Las Vegas, NV,
04-11-2007

<u>Sweet v. Bareman Dairy, et al.</u>
State of Michigan, Circuit Court for the County of Ottowa
File No. 06-56522-NI
Law Firm= Howard & Howard, Kalamazoo, MI
04-11-2007

<u>Terry v. Gray, et al.</u>
Circuit Court of Sixteenth Judicial Circuit, Kane County, Illinos, Law
Division
Gen No. 04 LK 305

Law Firm=Foote, Meyers, Mielke & Flowers, Geneva, IL,
04-10-2007

Mullinax v. Wojcik, et al.
Circuit Court of Cook County, Illinois County Department, Law Divison
Case No. 03 L 10890 Consolidated w/No. L 11478
Law Firm= Costello, McMahon & Burke, Chicago, IL
04-04-2007

Esho v. Weed, et al.
District Court, Clark County, Nevada
Case No. X
Law Firm= Gillock, Markley & Killebrew, Las Vegas, NV
04-03-2007

Perrier v. Gonzales, et al.
United States District Court, For the Southern District of Georgia, Savannah
Division
Case No. CV406-227
Law Firm=Bassett Law Offices, Savannah, GA
04-02-2007

White and McLaughlin v. Bromenn Healthcare Inc, et al.
Circuit Court of the Eleventh Judicial Circuit, McLean County, Illinois
No. 05-L-01
Law Firm= Baal & O'Connor, Chicago, IL
04-02-2007

Diffenderfer v. Corporate Airlines, Inc., et al.
United States District Court, Eastern District of Missouri, Eastern Division
Case No. 4:05-cv-001941-JCH
Law Firm= Nolan Law Group. Chicago, IL
04-02-2007

Rivera v. Orduna
19th Judicial Circuit, In and for Martin County, Florida
Case No: 05-367-CA
Law Firm=Ricci Leopold, Palm Beach Gardens, FL
03-20-2007

Barrera v. Mota Construction Co., et al.
Circuit Court of Cook County, Illinois County Department, Law Division
No. 03 L 15146
Law Firm= Arnold & Kadjan, Chicago, IL
03-16-2007

Mathew and Kalathiveetil v. Yuhan
Circuit Court of Cook County, Illinois County Dept., Law Division
No. 04 L 2304
Law Firm= Stellato & Schwartz, Chicago, IL
03-16-2007

Gorny v. Starwood Hotels, et al.,
Circuit Court of Cook County, Illinois County Dept, Law Division,

No. 04 L 003769,
Law Firm= Cogan & McNabola, Chicago, IL,
03-14-2007 Part 1

Gutierrez, et al. v. Phelps Dodge Miami, Inc., et al.
Superior Court of the State of Arizona in and for the County of Maricopa
No. CV2005-003042
Law Firm= Lyons Law Office; Phoenix, AZ
03-13-2007

Lord v. Argentina Consolidated Mining Company, et al.
District Court, Clark County, Nevada
No.l A 486480
Law Firm= Echeverria Law Offices; Reno, NV
03-12-2007

Delgado & Cochran v. Borysewich, et al.
District Court, Clark County, Nevada
Case No. A482360, Dept. No. X
Law Firm = Aaron & Paternoster, Las Vegas, NV
03-08-2007

Lee v. Urban Retail Properties
Circuit Court of Cook County, Illinos, County Dept, Law Division
No. 02 L 0006
Law Firm= Episcope Law Office, Chicago, IL
03-06-2007

Rasmussen and Ahlstrom v. Ford Motor Company, et al.
District Court, Clark County, Nevada
Case No. A502779, Dept. No. XIII, Law
Firm= Motley Rice, Mt. Pleasant, SC
03-05-2007

Gleeson v. Stephani, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 014444 Calendar E
Law Firm= Ball & Jennings; Chicago, IL
03-02-2007

Tradex and Pahlen v. Conair Corp.
United States District Court, Southern District of New York
06 Civ. 1760 (KMW)
Law Firm= McCallion & Assoc., New York, NY
02-28-2007

Villanueva v. Township of Bloomfield, et al.
Superior Court of New Jersey, Law Division: Essex County
Docket No. ESX-L-3286-03
Law Firm= Blume, Goldfaden, Berkowitz, Donnelly, Fried & Forte, Chatham, N.J.
02-23-2007

Marek v. Gumarin et al.
State of Michigan, Circuit Court for the County of Mason

Case No. 05-267-NH
Law Firm= Eardley Law Offices, Cannonsburg, MI
01-12-2007

Pederson v. Barnyard Liquors, Inc. D/B/A Paddy O'Quigley's
Circuit Court of Jackson County, Missouri, At Independence
Case No. 0516-CV-09010, Division 2
Law Firm= Higinbotham & Higinbotham, Belton, MO
02-14-2007

Klipfel & Casali v. Rubin, et al.
United States District Court for the Northern District of Illinois, Eastern
Division
No. 94 C 6415
Law Firm= Loftus & Saltzberg, Chicago, IL
02-13-2007

Catrone v. Mercy Healthcare Arizona, et al.
Superior Court of Arizona
Maricopa County, No. CV 2003-012904
Law Firm= Harris Powers & Cunningham, Pheonix, AZ
02-12-2007

Kordek v. Vijay Marwaha, M.D., et al.
State of Illinos, In the Circuit Court of the 16th Judicial Circuit County of
DeKalb
Case No. 04 L
Law Firm= Dolan & Shannon, Chicago, IL
02-12-2007

Cesario v. O'Dowd, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014394
Law Firm= Malkinson & Halpern, Chicago, IL
02-12-2007

Upper Iowa University v. University of Dubuque, et al.
Iowa District Court in & for Fayette County
Law No. LACV 050323
Law Firm= Hammer Simon & Jensen; Dubuque, IA
02-08-2007

Wells Fargo v. Wahlig
Iowa District Court, Polk County
No. CL97485
Law Firm= Harding Law Office; Des Moines, IA
02-07-2007

Burdick v. Field, et al.
State of Illinios, Circuit Court of the Seventeenth Judicial Circuit County of
Winnebago
No. 03 L 333
Law Firm= Kenneally Law Office, Chicago, IL
02-06-2007

Scott v. Burlington Northern Santa Fe Railway Company
Circuit Court of the City of St. Louis, State of Missouri
Case No. 052-00136, Division No. 7
Law Firm= Hubbell Peak O'Neal Napier & Leach; Kansas City, MO
02-05-2007

Kumar, et al., v. Toyota et al.
Second Judicial District Court, State of Nevada, County of Washoe
Case No. CV04 01517 Dept. No. 8
Law Firm= Echeverria Law Office, Reno, NV
02-05-2007

Vigil v. Advocate Health and Hospitals Corp., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 06 L 3812
Law Firm=Cogan & McNabola, Chicago, IL
01-25-2007

LaCross v. Sarnafil, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 99 L 2854
Law Firm= Jawor Law Office, Bolingbrook, IL
01-24-2007

Borbely v. Temptec, Inc., et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 04 L 7016
Law Firm= Burke & Burke; Chicago, IL
01-23-2007

Pederson v. Barnyard Liquors, Inc. D/B/A Paddy O'Quigley's
Circuit Court of Jackson County, Missouri, At Independence
Case No. 0516-CV-09010, Division 2
Law Firm= Higinbotham & Higinbotham, Belton, MO
01-22-2007

Fritz, Special Administrator for Estate of Cade, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
Jury Demand No. 02 L 04033
Law Firm= Hoffman & Assoc., Chicago, IL
01-22-2007

AAA American Credit Bureau, Inc. & LeFebvre v. Experian Information Solutions,
Inc.,
American Arbitration Association
Case No. 73 181 Y 00011 05JRJ
Law Firm= Gammage & Burnham; Phoenix, AZ
01-20-2007

Callahan v. National Railroad Passenger Corporation (Amtrak)
Court of Common Pleas, Philadelphia County, June Term 2005
Case No. 1338
01-18-2007

<u>Bazzell v. MN Hospitality, Inc., et al.</u>
Circuit Court, Third Judicial Circuit, Madison County, Illinois
Cause No.: 02-L-1722
Law Firm= Walker Law Firm, Granite City, IL
01-12-2007

<u>Hershey v. Black & Decker (U.S.), Inc., et al.</u>
State of Michigan, Circuit cour tof the County of Wayne
Case No. 04-416541-NP
Law Firm= Sommers Schwartz, Southfield, MI
01-11-2007

<u>Pessoa v. Pacific Avenue Realty, et al.</u>
Superior Court of New Jersey, Monmouth County, Law Division
Docket No. MON-L-2221-05
Law Firm= Hanna & Anderson, Wall, NJ
01-09-2007

<u>Ibrahim v. Siegal, et al.</u>
Superior Court of the State of California, County of Santa Clara
Case No. 104CV030248
Law Firm= Noveck & Moore, Lunenburg, MA
12-22-2006

<u>Eichhorn v. Metal Management Midwest, et al.</u>
Circuit Court of Cook County, County Department, Law Division
No. 03 L 9750
Law Firm= Seidman Law Office, Chicago, IL
12-21-2006

<u>Wright v. Village of Sauk Village & Laura Lucas-Placek</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 7587 (consolidated with 04 L 5000)
Law Firm= Vess Law Office, Wheaton, IL
12-20-2006

<u>Weidner v. G.F. Structures Corp., et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 04 L 1140
Law Firm= Dolan & Shannon, Chicago, IL
12-20-2006

<u>Vanderwerff v. Spectrum Health, et al.</u>
State of Michigan, Circuit court for the County of Kent
Case No. 05-11802-NH
Law Firm= Bieneman Law Office
12-19-2006

<u>Johnson v. Wood County, et al.</u>
State of Wisconsin, Circuit Court, Wood County
Case No. 04-CV-31
Law Firm= Anderson, O'Brien, Bertz, Skrenes & Golla, Stevens Pt., WI
12-18-2006

Tabe v. Ausman, MD, et al.
Circuit Copurt of Cook County, Illinois, County Department, Law Division
No. 02 L 7456
Law Firm= Wolfman Law Office; Chicago, IL
12-11-2006

Galica v. The Ryland Group, et al.
Circuit Court of Cook, Illinois, County Department - Law Division
No. 04 L 11739
Law Firm= Burke & Burke, Chicago, IL
12-08-2006

Schultz v. Lemke, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 10416
Law Firm=Hoffman & Associates, Chicago, IL
12-07-2006

Cowan v. Skyjack, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 16058
Law Firm= Loggans & Associates, Chicago, IL
12-04-2006

Lissuzzo v. Flores, et al.
United States District Court, Northern District of Illinois
Case No. 05 C 6253
Law Firm= Kreisman Law Offices, Chicago, IL
12-01-2006

Vazquez v. Panmex Baking Comapnay, et al.
Circuit Court of Cook County, County Dept - Law Division
No. 05 L 303
Law Firm= Cogan & McNabola, Chicago, IL
11-28-2006

Hollifield v. Ford Motor Company, et al.
United States District Court, Western District of Missouri, Southern Division
Case No. 05-CV-03449-RED
Law Firm= Motley Rice, Mt. Pleasant, SC
DDP 11-28-2006 Part 2

Matera, et al. v. M.G.C.C. Group, Inc., et al. (including Alexis Drive)
Superior Court of New Jersey, Law Division, Monmouth County,
Docket No.: MON-L-1812-04 Civil Action,
Law Firm= Shackleton & Hazeltine, Chicago, IL
11-27-2006

Drake v. CLC of Jesup, et al.
State Court of Wayne County, State of Georgia
Civil Action No. 151-05-CVS-0020
Law Firm= Bassett Law Firm, Savannah, GA
10-30-2006

<u>Sauer v. Konecki, et al.</u>
Circuit Court of Cook County, County Department, Law Division
No. 04 L 000957
Law Firm= Costello McMahon & Burke
11-09-2006

<u>LaMar v. J.I. Case Co., et al.</u>
Nineteenth Judicial Circuit of the State of Illinois, Lake County
No. 04 L 738
Law Firm= Costello, McMahon & Burke, Chicago, IL
11-07-2006

<u>Tucker v. SmithKline Beecham, et al.</u>
U. S. District Court, Southern District of Indiana, Indianapolis Division
Case No. 1. 04-cv-1748
Law Firm= Baum Hedlund; Los Angeles, CA
11-06-2006

<u>Brooks as Conservator of Fravel, a Minor v. Norton Hospitals, Inc., et al.</u>
Jefferson Circuit Court, Division Nine (9)
No. 05-CI-03150
Law Firm= Franklin & Hance; Louisville, KY
DVDP 11-06-2006

<u>Estate of Halek by Guardian Dawn Carlson v. Kingsport Development, et al.</u>
Circuit Court of Cook County, Illinois County Department, Law Division
No. 02 L 8695
Law Firm= Parente & Norem, Chicago, IL
11-06-2006

<u>Burdick v. Field, et al.</u>
State of Illinios, Circuit Court of the Seventeenth Judicial Circuit County of Winnebago
No. 03 L 333
Law Firm= Kenneally Law Office, Chicago, IL
11-02-2006

<u>Brumfield v. Tyson Foods, Inc., et al.</u>
United States District Court, Northern District of Ohio, Eastern Division
Case No. 1:05 CV 847
Law Firm= Baum & Hedlund, Los Angeles, CA
11-01-2006

<u>Ortega v. Edison Orozco, et al.</u>
State of Illinois, Circuit Court of Cook County, County Department – Law Division
No. 05 L 3535
Law Firm= O'Connor & Karnes, Chicago, IL
10-28-2006

<u>Bellinaso v. Power Construction Company, et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 13517

Law Firm= Tribler, Orpett & Meyer, Chicago, IL
10-27-2006

Evans v. Union Pacific Railroad Co
Circuit Court of the City of St. Louis, State of Missouri
Case No. 052-00389
Law Firm= Hubbell Peak O'Neal Napier & Leach
10-25-2006

Land v. Sells, et al.
Superior Court of Forsyth County, State of Georgia
Civil Action File 04 CV 0810
Law Firm= Casey Gilson Leibel; Atlanta, GA
10-20-2006

Stanley, Administrator of Estate of Love, Deceased, v. City of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 014728
Law Firm= Loggans & Associates; Chicago, IL
10-17-2006

Klipfel & Casali v. Rubin, et al.
United States District Court for the Northern District of Illinois, Eastern
Division
No. 94 C 6415
Law Firm= Loftus & Saltzberg, Chicago, IL
10-16-2006

Corbett v. Azzarelli, et al.
21st Judicial Circuit Court of Iroquois and Kankakee Counties, Kankakee County
Law Division
No. 03 L 112
Law Firm= Cunnington Law Offices, Kankakee, IL
10-16-2006

Crary v. Johanson, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No. 04
Law Firm= Cogan & McNabola; Chicago, IL
10-12-2006

Land v. Sells, et al.
Superior Court of Forsyth County, State of Georgia
Civil Action File 04 CV 0810
Law Firm= Casey Gilson Leibel; Atlanta, GA
10-03-2006

Briesacher v. AMG Resources, et al.
Lake Superior Court, Sitting at Crown Point, Indiana
No. 45D11-0601-CT-00014
Law Firm= Law Offices of April L. Board; Chicago, IL
10-03-3006

Duarte v. Midwest Masonry, et al.

Circuit Court of Cook County, Illinois, County Department – Law Division
No. 03 L 12468
Law Firm= Phillips & Associates; Chicago, IL
09-29-2006

Ferrari v. Anglin & Ryder Student Transportation Services, Inc.
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
NO. 00 L 139
Law Firm= Krockey Cernugel Cowgill Clark & Pyles; Joliet, IL
10-15-2002  Part 2

Dunn v. Hyster Co., et al.
Circuit Court of Jackson County, Mississippi
Cause No. CI-96-0124(3)
Law Firm= Spyridon Koch Palermo & Dornan; Metairie, LA
09-28-2006  Part 2

Worthy v. McNair, M.D., et al.
Circuit Court of Leflore County, Mississippi
Civil Action No. 2002-0070-CICI
Law Firm= Turnage Law Firm; Cleveland, MS
09-28-2006

Fernandez, et al., v. ATA, et al.
U.S. District Court, Northern District of Illinois, Eastern Division
No. 04 CV 2662 Cons. w/ 04 CV 2773
Law Firm= Nolan Law Group; Chicago, IL
09-25-2006  **(includes Garibay)**

Ingrassia v. Dr. Beth Royston, M.D., et al.
Circuit Court of Cook County, Illinois, County Department
Law Division
No. 02 L 014501E
Law Firm= Cogan & McNabola; Chicago, IL
09-25-2006

Dunn v. Hyster Co., et al.
Circuit Court of Jackson County, Mississippi
Cause No. CI-96-0124(3)
Law Firm= Spyridon Koch Palermo & Dornan; Metairie, LA
09-22-2006  Part 1

Wells Fargo v. Wahlig
Iowa District Court, Polk County
No. CL97485
Law Firm= Harding Law Office; Des Moines, IA
09-22-06

Senzel v. Barton, et al.
Circuit Court of Cook County, Illinois Sixth District, County Dept., Law
Divison
No. 03 L 66001
Law Firm= Cogan & McNabola; Chicago, IL
09-20-2006

Zuback v. Broome, et al.
Superior Court of New Jersey, Law Division, Monmouth County
Docket No. MON-L-2828-04
Law Firm= Gill & Chamas; Woodbridge, NJ
09-21-2006

Federal Tort Claims Act (FTCA) - Claim of Michael Wells, Estate of Wells
No. 04-302-T014
Law Firm= Pirkle Law Offices; Hinesville, GA
TT: 09-13-2006 at Settlement Conference

Juan Mejia v. Andrew Chenelle, et al.
Circuit Court, DuPage County, Illinois
No. 04 L 1222
Law Firm= Cogan & McNabola, Chicago, IL
DDP 08-31-2006

Vanderhyden vs. FISHER DEVELOPMENT CORP., et al.
Circuit Court,Cook County, Illinois
No. 01 L. 16068
Law Firm= Cogan & McNabola; Chicago, IL
08-30-2006

Ingram v. Dept. of Transportation
Superior Court of Hancock County, State of Georgia
Civil No. 03CV-0086
Law Firm= Casey Gilson Leibel; Atlanta, GA
08-29-2006

Cousins v. Li, MD, et al.
11th Judicial Circuit of McLean County, County Department, Law Division
No. 04 L 81
Law Firm= Cogan & McNabola; Chicago, IL
08-28-2006

Tsaknis v. United States of America, et al.
U.S. District Court for the District of Columbia
Civil Action No. 05-0320 (EGS)
Law Firm= U.S. Attorneys for the District of Columbia; Washington, DC
08-25-2006

Ostos, Individually & as Personal Representative to the Estate of Payan &
Lujan v. Rauth, MD, et al.
Third Judicial District Court, County of Dona Ana, State of New Mexico
Cause No. CV-2005-506
Law Firm= Volk Poulos & Coates; El Paso, TX
08-24-2006 Part 2

Mehta v. The Cobb County School District, et al.
State Court of Cobb County, State of Georgia, Civil Action
File No. 2005-A-10849-1
Law Firm= Devlin & Robinson; Atlanta, GA
08-23-2006

Chapman v. Northwestern Cardiology & Internal Medicine, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No 03 L 3491
Law Firm= Motherway & Napleton; Chicago, IL
08-23-2006

Hollifield v. Ford Motor Company, et al.
U.S. District Court for the Western District of Missouri, Southern Division
Case No. 05-3449-CV-S-RED
Law Firm= Motley Rice; Mt. Pleasant, SC
08-22-2006 Part 1

Gutierrez, et al. v. Phelps Dodge Miami, Inc., et al.
Superior Court of the State of Arizona in and for the County of Maricopa
No. CV2005-003042
Law Firm= Lyons Law Office; Phoenix, AZ
08-18-2006

Ison v. Peterson, M.D., et al.
Jefferson Circuit Court, Division Two (2)
No. 05-CI-01910
Law Firm= Goldberg & Simpson; Louisville, KY
08-16-2006

Turner v. Knox, M.D., et al.
Circuit Court of Washington County, Arkansas
No. CIV-98-988
Law Firm= Milligan Law Offices; Fort Smith, AR
08-15-2006

Hernandez v. ALL Masonry, et al.
Circuit Court of Cook County
No. 04 L 006225
Law Firm= Facchini Law Office; Chicago, IL
08-14-2006

Shah v. Wilco Systems, Inc.
Supreme Court of the State of New York, County of New York
Index No. 113231/02, IAS Part 36
Law Firm= McCallion & Assoc.; New York, NY
08-11-2006 Part 2

Shah v. Wilco Systems, Inc.
Supreme Court of the State of New York, County of New York
Index No. 113231/02, IAS Part 36
Law Firm= McCallion & Assoc.; New York, NY
08-10-2006 Part 1

DiMuzio v. Salvador, MD, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 9115
Law Firm= Cogan & McNabola; Chicago, IL
08-02-2006

Field v. Experian Information Solutions, Inc., et al.
U.S. District Court for the District of Kansas
Civil Action No. 05-2309-JWL
Law Firm= Goldsmith Law Office; Avon, OH
08-02-2006

Hicks v. McKenzie
Circuit Court of St. Louis County, State of Missouri
Cause No. 05CC-003866
Law Firm= Walker Law Office; Granite City, IL
08-01-2006

Block v. Palos Community Hospital,et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 04 L 12339
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
07-31-2006

In Re. Ephedra Products Liability Action; In Re. Twin Labs Personal Injury
Actions
U. S. District Court, Southern District of New York
04 CV 05403 (Huebner) & 04 M.D. No. 1598 (JSR)
Law Firm= Wagstaff & Cartmell; Kansas City, MO
07-26-2006

Wende Jr. v. Turner Construction Company, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 009855
Law Firm= Gregorio & Associates; Chicago, IL
07-25-2006

Petit v. Gottlieb Memorial Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 11664
Law Firm= Cogan & McNabola; Chicago, IL
07-24-2006

Howard v. Walsh Construction Company of Illinois, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 03 L 12773
Law Firm= Lipkin & Higgins; Chicago, IL
07-24-2006

Chandrupatla v. Toyota Motor Corp, et al.
Circuit Court of Cook County, County Department - Law Division
No. 03 L 8370 C
Law Firm= Ferolie & Perrecone; Rockford, IL
07-20-2006

Tabe v. Ausman, MD, et al.
Circuit Copurt of Cook County, Illinois, County Department, Law Division
No. 02 L 7456
Law Firm= Wolfman Law Office; Chicago, IL

07-20-2006

Torno v. 2SI, LLC, a South Carolina corporation and AMW Cuyuna Engine Co., Inc., et al.
U.S. District Court, Eastern District of Michigan, Southern Division
Case No. 03-74091
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
07-19-2006

Hernandez v. Catholic Health Partners Services, et al.
Circuit Court of Cook County, County Department - Law Division
No. 01 L 015041
Ball & Jennings; Chicago, IL
07-13-2006 Rebuttal Deposition

Ison v. Peterson, M.D., et al.
Jefferson Circuit Court, Division Two (2)
No. 05-CI-01910
Law Firm= Goldberg & Simpson; Louisville, KY
07-13-2006

Williams v. B & H Towing, Inc.
U.S. District Court, Western District of Kentucky, Paducah Division
Case No. 5.05CV-179-R
Law Firm= Moore Malone & Safreed; Owensboro, KY
07-12-2006

Borbely v. Temptec, Inc., et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 04 L 7016
Law Firm= Burke & Burke; Chicago, IL
07-10-2006

Sall v. Fedex Kinko's Office & Print Services, Inc.
Before the American Arbitration Association
No. 58 160 MJ 00136 05
Law Firm= Littler Mendelson; Chicago, IL
06-28-2006 at Arbitration

Teske v. A. H. Bennett Company, et al.
State of Minnesota in District Court, County of Ramsey, Second Judicial District, 11. Personal Injury/Asbestos/Decourcy
Court File No. C9-06-5019
Law Firm= Sieben Polk LaVerdiere & Dusich; Hastings, MN
06-24-2006

Ruiz v. Vitello, MD, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 005009
Law Firm= Motherway & Napleton; Chicago, IL
06-21-2006

Ostos, Individually & as Personal Representative to the Estate of Payan & Lujan v. Rauth, MD, et al.

Third Judicial District Court, County of Dona Ana, State of New Mexico
Cause No. CV-2005-506
Law Firm= Volk Poulos & Coates; El Paso, TX
06-20-2006 Part 1

Siegel, et al. v. Ridgewell's, Inc
U.S. District Court for the District of Columbia
Civil Action No. 05-1717 (JGP)
Law Firm= Lewin & Lewin; Washington, D.C.
06-20-2006

Herrick v. Juelin Tang, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 6733
Law Firm= Corbett & Assoc.; Chicago, IL
06-20-2006

Campbell v. Kunz
Fourth Judicial District Court in and for Utah County, State of Utah
Civil No. 040401275
Law Firm= Prince Yeates & Geldzahler; Salt Lake City, UT
06-19-2006

Donohoe v. Robert Koss, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 3073
Law Firm = Dolan & Nisivaco; Chicago, IL
06-16-2006

Torno v. 2SI, LLC, a South Carolina corporation and AMW Cuyuna Engine Co.,
Inc., et al.
U.S. District Court, Eastern District of Michigan, Southern Division
Case No. 03-74091
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
06-13-2006

Arnett & Lemaster v. Leslie Resources, Inc., et al.
Commonwealthof Kentucky, Perry Circuit Court
C.A. No. 01-CI-00214
Law Firm= Kinner & Patton; Prestonsburg, KY
06-08-2006

Dancho v. Commonwealth Edison Co., et al.
Circuit court of Cook County, Illinois, County Department, Law Division
Case No. 05-L-5620
Law Firm= Cascino Vaughan; Chicago, IL
06-07-2006

Kenney v. Commonwealth Edison Company, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 03-L-16219
Law Firm= Cascino Vaughan; Chicago, IL
06-07-2006

<u>Simon v. The Malnati Organization, Inc.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 10666
Law Firm= Maher & Associates; Chicago, IL
06-05-2006

<u>Clay v. Hackley Hospital, et al.</u>
State of Michigan in the Circuit Court for the County of Muskegon
Case No. 05-43666-NI
Law Firm= Buchanan & Beckering; Grand Rapids, MI
06-05-2006

<u>Vayalil v. Majumdar, MD, et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8974
Law Firm= Corbett & Associates; Chicago, IL
06-05-2006

<u>Ruffolo v. Waste Management of Illinois, Inc., et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 5693
Law Firm= Episcope Law Office; Chicago, IL
05-19-2006

<u>Jindra v. McMann</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 6384
Law Firm= Cogan & McNabola; Chicago, IL
05-18-2006

<u>Bell v. Holy Cross Hospital, et al.</u>
Circuit Court of Cook County, County Department, Law Division
Case No. 02 L 10342
Law Firm= Jasmer Law Office; Chicago, IL
05-18-2006

<u>Backstrom v. Mayo Clinic Arizona, et al.</u>
Superior Court of Arizona, Maricopa County
No. CV2004-007643
Law Firm= Harris Powers & Cunningham; Phoenix, AZ
05-17-2006

<u>Karpay, et al. v. Siemens Medical Solutions USA, Inc, et al.</u>
Case No. 03 CV 002463, Code 30101
Law Firm= Johnson Law Office; Sheboygan, WI
05-16-2006

<u>Rupert v. Becker, M.D., & Andrews, M.D.</u>
Nineteenth Judicial Circuit, Lake County, Illinois
No. 00 L 188
Law Firm= Maher & Assoc.; Chicago, IL
05-11-2006

<u>Ehrenfried v. Patterson, et al.</u>

Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 CV 3481
Law Firm= Lipkin & Higgins; Chicago, IL
05-11-2006

Dupuis, et al. v. Reichwein Jr, et al.
American Arbitration Assn, Commercial Arbitration Section
1 180 Y 00706 05
Law Firm= Crenshaw Law Office; Palm Springs, FL
05-09-2006 at Arbitration

Ehrenfried v. Patterson, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 CV 3481
Law Firm= Lipkin & Higgins; Chicago, IL
04-25-2006 Part 2

Sexton v. Transport Ajit, Inc., et al.
U.S. District Court for the District of Maryland, Northern Division
Civil Action Case No. 05-CV-01033 AMD
Law Firm= Baum & Hedlund; Washington, DC
04-20-2006

Smith for Estate of Sizemore v. Dr. Bruce Genovese, et al.
State of Michigan in Circuit Court for the County of Washtenaw
Case No. 03-256-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
04-18-2006

Hill, et al., vs. Dr. Chao, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 02 L 9279
Law Firm= Hoffman & Associates; Chicago, IL
02-12-2006

Kinstel v. Wilson, AutoZone, Inc, et al.
District Court, Clark County, Nevada
Case No. A501221, Dept No. II
Law Firm= Aaron & Paternoster; Las Vegas, NV
04-11-2006

Postl v. Polakowski
State of Michigan in the Circuit Court for the County of Livingston
Case No. 05-21286 NI
Law Firm= Lewis Law Office; Howell, MI
04-11-2006

Connie L. Hunt and Erica Hunt v. Kaufman & Broad of Nevada, Inc., et al.
District Court, Clark County, Nevada
Case No. A428034, Dept. No. XI
Law Firm= Lovell & Lovell; Las Vegas, NV
04-10-2006

Moore v. Taiwan Buffet

State of Michigan in the Circuit Court for the County of Macomb
Case No. 04-062925-NI
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
04-06-2006

Quill v. Rooney, et al.
U.S. District Court for the Northern District of Illinois, Eastern Division
Court No. 04 C 912
Law Firm= Costello McMahon Burke; Chicago, IL
04-03-2006

Acme Allied Associates v. The Trizetto Group, Inc.
JAMS Arbitration
Reference No. 1340004778
Law Firm= Adamski & Conti; Chicago, IL
03-30-2006 at Arbitration

Acme Allied Associates v. The Trizetto Group, Inc.
JAMS Arbitration
Reference No. 1340004778
Law Firm= Adamski & Conti; Chicago, IL
03-24-2006 at Arbitration

Jazmyn P. Barnes, a minor, & Guardian Jessica Wilson v. Thurber and Whistle
Redi-Mix
Case No. CV105-686CC
Law Firm= Baum & Hedlund; Los Angeles, CA
03-23-2006

Smith v. The United States of America
U.S. District Court, Eastern District jof Michigan, Southern Division
Case No. 05-CV-70760
Law Firm= Herman Law Office; Bingham Farms, MI
03-20-2006

Wells v. Savoy Energy Limited Partnership, et al.
State of Michigan in the Circuit Court for the County of Otsego
Case No. 05-11179-NO (M)
Law Firm= Schenk Boncher Rypma; Grand Rapids, MI
03-17-2006

Hicks v. McKenzie
Circuit Court of St. Louis County, State of Missouri
Cause No. 05CC-003866
Law Firm= Walker Law Office; Granite City, IL
03-17-2006

Stamper, as Executor of Estate of Gary Louis Gardner, Deceased, & Elaine
Gardner, Individually v. Diagnostic Medical Imaging, et al.
Jefferson Circuit Court, Division Three (3)
No. 04-CI-03583
Law Firm= Franklin & Hance; Louisville, KY
03-02-2006

Bonwell v. Northwest Suburban Community Hospital, Inc, et al.
State of Illinois in the Circuit Court of the Seventeenth Judicial Circuit,
County of Boone
No. 03 L 11
Law Firm= Szymanski Koroll Litigation Group; Rockford, IL
03-02-20006

Fuller v. 6230 N. Kenmore Apartments, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 03 L 11363
Law Firm= Lipkin & Higgins; Chicago, IL
03-01-2006

Andrew Moyle v. Mark R. Shebuski M.D., et al.
State of Michigan in Circuit Court for the County of Houghton
Case No. 04-12652-NH
Law Firm= Polich Law Firm; Iron River, MI
02-22-2006 by Videoconference

Duarte v. Brane, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 06627
Law Firm= Tribler Orpett & Meyer; Chicago, IL
02-20-2006

Gilley & Barnett v. Airborne Freight Corporation, et al.
Circuit Court of Cook County, County Department, Law Division
No. 02 L 003419
Law Firm= Dolan & Shannon; Chicago, IL
02-16-2006

Korzeniewski v. Ryan & Smith, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 13487
Law Firm= Arnold & Kadjan; Chicago, IL
02-15-2006

D'Arcy v. Monson, et al.
Circuit Court of the Thirteenth Judicial Circuit, Grundy County, Illinois
No. 01 L 46 (consolidated with 01 L 59)
Law Firm= Dunn Martin & Miller; Joliet, IL
02-14-2006

Evans v. McLaren Regional Medical Center, et al.
State of Michigan in the Circuit Court for the County of Genesee
Case No. 04-79916-NH
Law Firm= Weidenfeller & Associates; Smithfield, MI
02-13-2006

Thornwood, Inc. et al. v. Jenner & Block, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 L 3272
Law Firm= Cummins & Cronin, Chicago, IL
01-25-2006

Florre v. Correctional Health Services, Inc, et al.
U.S. District Court, District of New Jersey
Civil Action No. 04-cv-3328(SRC)
Law Firm= Carluccio Leone Dimon Doyle & Sacks; Toms River, NJ
01-24-2006

Bonar v. General Motors Corporation, et al.
Superior Court for the State of Arizona in and for the County of Maricopa
No. CV 2004-010005
Law Firm= Shapiro Law Offices; Phoenix, AZ
01-23-2006 by Telephone

Otterstein v. Murray Transportation, Inc., et al.
District Court, Clark County, Nevada
Case No. A465654, Dept. No. XXI
Law Firm= Aaron & Paternoster; Las Vegas, NV
01-21-2006

Richie v. Northern Indiana Public Service Company, et al.
State of Indiana in the Lake Superior Court, Room Five, Hammond, Indiana
Cause No. 45D05-9912-CT-1887
Law Firm= Kopack & Associates; Merrillville, IN
01-20-2006

Margaret Minnisch, Administrator ad Prosequendum for the Estate of Frank C.
Minnisch, SR and Margaret Minnisch, individually, v. Cardinal Health 409, Inc.
et al.
Superior Court of New Jersey, Monmouth County – Law Division
Docket No. MON-L-2632-03
Law Firm= Hobbie Corrigan Bertucio & Tashjy; Eatontown, NJ
01-20-2006

Carmody v. Illinois Bone and Joint Institute, Ltd., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 00 L 1842
Law Firm= Cogan & McNabola; Chicago, IL
01-19-2006

Mader-Cauble v. Shields
Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil
Department
Case No. 04 CV 5086
Law Firm= Hodge & Associates; Wichita, KS
01-18-2006

Caoile, et al. v. VTNM Nevada, et al
District Court, Clark County, Nevada
Case No. A476950, Dept. No. XII
Law Firm= Titolo Law Office; Las Vegas, NV
01-17-2006

D'Arcy v. Monson, et al.
Circuit Court of the Thirteenth Judicial Circuit, Grundy County, Illinois

No. 01 L 46 (consolidated with 01 L 59)
Law Firm= Dunn Martin & Miller; Joliet, IL
01-16-2006

Geroge Shemon and Helen Shemon v. David Cooper M.D. et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
Cause No. 03 L 006317
Law Firm= Nemeroff Law Office; Chicago, IL
01-16-2005

Johnson v. OSF Healthcare System, et al.
State of Illinois in Circuit Court of the 17th Judicial Circuit, County of Winnebago
No. 02 L 323
Law Firm= Szymanski Koroll Litigation Group; Rockford, IL
01-12-2006

Douglas v. Ferguson, M.D., et al.
General Court of Justice, Superior Court Division, North Carolina Caswell County
No. 04 CVS 63
Law Firm= Walker Law Office; Granite City, IL
01-10-2006

Ray v. Kempf, M.D, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 03 L 459
Law Firm= Cogan & McNabola; Chicago, IL
01-04-2006

Marquardt v. Branislav Dragisic, MD, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8738
Law Firm= Scanlan Law Office; Chicago, IL
12-29-2005

Joy Pannell and Robert Pannell v. Ernest B. Lowe, Jr. M.D.
Circuit Court of Lafayette County, Mississippi
Cause No. L02-541
Law Firm=Merkel & Cocke; Clarksdale, MS
12-29-2005

Sherry Sircher v. SSM Health Care d/b/a St. Francis Hospital and Health Center.
County of Cook in the Circuit Court of Cook County, Illinois, County Department - Law Division
Case No. 03 L 2846
Law Firm= Cogan & McNabola; Chicago, IL
12-28-2005

Jones v. West Suburban Hospital Medical Center, et al.
Circuit Court of Cook County, Illinois County Department - Law Division
No. 02 L 4039
Law Firm= Blair & Cole; Chicago, IL

12-22-2005

<u>Cannon v. Toops II,et al.</u>
U.S. District Court for the Northern District of  Illinois, Eastern Division
Cause No. 04 C 01608
Law Firm= Costello McMahon Burke; Chicago, IL
12-21-2005

<u>Lynch v. Malek, MD, et al.</u>
State of Illinois,County of Cook in the Circuit Court of Cook County, County
Department - Law Division
No. 02 L 16270
Law Firm= Cogan & McNabola: Chicago, IL
12-20-2005

<u>Perez v. Oakland County, et al.</u>
State of Michigan in the Circuit Court for the County of Oakland
Case No. 05-065925 NM
Law Firm= Wrobel Law Office; Bloomfield Hills, MI
12-20-2005

<u>McMichael v. Commonwealth Ear, Nose & Throat, et al.</u>
Jefferson Circuit Court, Division Seven
No. 03-CI-05661
Law Firm = Franklin & Hance; Louisville, KY
12-19-2005

<u>Dupuis, et al. v. Reichwein Jr, et al.</u>
American Arbitration Assn, Commercial Arbitration Section
1 180 Y 00706 05
Law Firm= Crenshaw Law Office; Palm Springs, FL
12-15-2005

<u>Dedivanovic v. A.C.I.A.</u>
State of Michigan in the Circuit Court for the County of Wayne
Civil Action No. 03-313949-CK
Law Firm= Dailey & Stearn; Farmington Hills, MI
12-15-2005 at Arbitration by Report

<u>Romo, a minor, by mother Esparza v. Mercy Hospital medical Center, et al.</u>
Circuit Court of Cook County, Illinois,County Department - Law Division
No. 03 L 006873-E
Law Firm= Fichera & Miller; Chicago, IL
12-07-2005 Part 2

<u>Romo, a minor, by mother Esparza v. Mercy Hospital medical Center, et al.</u>
Circuit Court of Cook County, Illinois,County Department - Law Division
No. 03 L 006873-E
Law Firm= Fichera & Miller; Chicago, IL
12-01-2005 Part 1

<u>Acme Allied Associates v. The Trizetto Group, Inc.</u>
JAMS Arbitration
Reference No. 1340004778

```
Law Firm= Adamski & Conti; Chicago, IL
11-30-2005
```

Miller, et al. v. Petty, et al.
```
Circuit Court of Cross County, Arkansas, Civil Division
No. CV-05-35-1
Law Firm= Etoch & Halbert; Helena AR
11-28-2005
```

Ross v. City of Chicago, et al.
```
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 13956
Law Firm= Jacobson & Sorkin; Chicago, IL
11-22-2005
```

Howdershelt v. Litton Loan Servicing, et al.
```
Court of Common Pleas, Columbiana County, Ohio
Case No. 03 CV 755
Law Firm= Zuzolo Zuzolo & Zuzolo; Niles, OH
11-22-2005
```

Malaker v. Helfrich
```
State of Illinois in the Circuit Court of the 15th Judicial Circuit, County of
Ogel
Case No. 2002 L 27
Law Firm= Rouleau Law Office; Rockford, IL
11-21-2005
```

Dragicevich v. Arnold, M.D, et al.
```
Lake Superior Court, Room Number One, Sitting at Hammond, Indiana
Cause No. 45D01-0103-CT-041
Law Firm= Monico Pavich & Spevack; Chicago, IL
11-17-2005
```

Holy as Special Administrator of Estate of Lenart v. Christ Hospital Medical
Center, et al.
```
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 010796
Law Firm= Ball & Jennings; Chicago, IL
11-16-2005 Part 2
```

Holy as Special Administrator of Estate of Lenart v. Christ Hospital Medical
Center, et al.
```
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 010796
Law Firm= Ball & Jennings; Chicago, IL
11-10-2005 Part 1
```

Henry & Klugman v. Low, M.D., et al.
```
Superior Court of Arizona, Maricopa County
No. CV 2003-006563
Law Firm= Adelman German; Scottsdale, AZ
10-31-2005
```

Turman v. Duo Right Bus Company, et al.
Circuit Court of Cook County, Illinois, County Department -- Law Division
No. 05 L 002902
Law Firm= Loggans & Assoc.; Chicago, IL
10-28-2005


Thompson v. Caritas Health Services, Inc, et al.
Jefferson Circuit Court, Division Three (3)
No. 04-CI-05283
Law Firm= Franklin & Hance; Louisville, KY
10-25-2005


Lewis v. Prinz, et al.
State of Illinois, County of DuPage in the Circuit Court of the Eighteenth
Circuit
Case no 03 L 127
Law Firm= Botti Marinaccio & DeLongis; Oak Brook, IL
10-21-2005


Reyes, et al. v. Last Chance Liquors, Inc., et al.
Circuit Court of Benton County, Arkansas, First Division
Case No. CV 2005-353-1
Law Firm= Mulkey Attorneys Group; Rogers, AR
10-17-2005


Ophoff v. The Home Depot, et al.
State of Michigan in the Circuit Court for the County of Macomb
C.A. No. 04-1225-NP
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
10-13-2005 Part 2


Carey v. White & United Parcel Service Co.
Circuit Court of Cook County, Illinois, Municipal Department, Sixth District
No. 01 MG 4078,
Law Firm=  Naughton Law Office; Olympia Fields, IL
10-12-2005


Presley, Representative of Estate of Haddad v. Henry Ford Health System, et
al.
State of Michigan in the Circuit Court for Wayne County
Case No. 04-429157-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
10-10-2005


Regions Trust, Administrator of Estate of Newbold v. Arkansas Pyrotechnic
Productions, Inc, et al.
Circuit Court of Pope County, Arkansas, Civil Division
No. CIV 2001-207
Law Firm= McMath Woods; Little Rock, AR
10-07-2005


Foggy v. Scotti, et al.
Superior Court of New Jersey, Law Division - Monmouth County
Docket No. MON-L-1330-02

Law Firm= Gill & Chamas; Woodbridge, NJ
10-05-2005

Ophoff v. The Home Depot, et al.
State of Michigan in the Circuit Court for the County of Macomb
C.A. No. 04-1225-NP
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
10-04-2005 Part 1

Thrasher v. McMahon & Britton
State of Michigan in the Circuit Court for the County of Kent
Case No. 05-04260-NO
Law Firm= Bieneman Law Office; Grand Rapids, MI
10-03-2005

Love & Young Representatives of Estate of Howard v. Ford Motor Company
U.S. District Court, Northern District of Mississippi, Eastern Division
Civil No. 1,03 CV 638 JAD
Law Firm= Medina Law Firm; Tampa, FL
08-05-2005

Brewer, Jr. v. Sun Trust Bank, et al.
Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida
Case No. 97-2850-CA-D
Law Firm= Meredith Law Firm; St. Augustine, FL
09-30-2005

Gillespie v. University of Chicago Hospitals, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8678
Law Firm= Chessick Law Office; Schaumburg, IL
09-30-2005

Bowman v. Dombrowski & Homes, Inc.
Lake Superior Court, Room Number Two, East Chicago, Indiana
Cause No. 45ED02-0011CT-187
Law Firm= Bokota Ehrhardt McCloskey Wilson & Conover; Merrillville, IN
09-28-2005

Tracy v. Freund, D.O., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 11583
Law Firm= Motherway & Napleton; Chicago, IL
09-28-2005

Gossett v. Jae Eun Han, MD, et al.
Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois
No. 01 LK 204
Law Firm= Cogan & McNabola; Chicago, IL
09-12-2005

Zikis v. Pfizer, Inc.
U.S. District Court for the Northern District of Illinois, Eastern Division
No. 04-C-8104

Law Firm= Baum & Hedlund; Los Angeles, CA
09-11-2005

McMickle v. Griffin, et al.
Circuit Court of Phillips County, Arkansas, Civil Division
No. CIV-201-149 & CIV-2003-373 & CIV 2004-218
Law Firm= Easley Hicky & Hudson; Forest City, AR
09-09-2005

Byzewski v. Aerotek, Inc., et al.
State of Michigan in Circuit Court for the County of Oakland
Case No. 99-016119-NI
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
09-08-2005

Kecala v. Illinois Farmer's Insurance
Underinsured Motorist Arbitration in Cook County, Illinois
No. H5 133312
Law Firm= Zinger Law Office; Chicago, IL
09-07-2005

Mizzou Credit Union v. Glenn
Circuit Court of Morgan County, Missouri
Case No. CV903-117CC
Law Firm= Inglish & Monaco; Jefferson City, MO
09-06-2005

Pryor v. Holy Cross Hospital, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 02 L 003277
Law Firm= Tyler & Associates; Chicago, IL
09-01-2005

Avalon Carriage Service, Inc., v. City of St. Augustine, Florida, et al.
U.S. District Court, Middle District of Florida, Jacksonville Division
Case No. 3-04-CV-1126-J16-MCR
Law Firm= Meredith Law Firm; St. Augustine, FL
08-31-2005

Munari v. Dr. Pepper/Seven Up Bottling Group, Inc., et. al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 03 L 11611
Law Firm= O'Reilly Law Office; Chicago, IL
08-30-2005

Houldsworth v. John Fairfax Harris & Domestic Linen Supply Company
State of Illinois in the Circuit Court of Cook County
No. 03 L 015887
Law Firm= Maisel & Associates; Chicago, IL
08-29-2005

Mansfeld v. Bishop Construction, Inc., et al.
Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida
Case No. CI-02-2266, Division 35

Law Firm= Traverse Legal; Traverse City, MI
08-26-2005

Mansfield v. Sjolund, D.O., et al.
Superior Court of New Jersey, Law Division, Somerset County
Docket No. SOM-L-1830-01
Law Firm= Hanna & Anderson; Wall, NJ
08-19-2005

Raju as Special Administrator of Estate of Bell v. LaDore, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 8660
Law Firm= Costello McMahon & Burke; Chicago, IL
08-23-2005 Part 2

Ford, Conservator of Waters v. Norton Hospitals, Inc., et al.
Jefferson Circuit Court, Division Twelve
No. 00-CI-04756
Law Firm= Franklin & Hance; Louisville, KY
08-15-2005

McCloud by her legal guardian Hall, et al. v. Goodyear Dunlop Tires North
American, Ltd, et al.
U.S. District Court, Central District of Illinois
Case No. 04-1118
Law Firm= James Totta & Parrish; Lee's Summit, MO
08-08-2005

Horak v. F.S.C. Paper Corporation, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 2896
Law Firm= Maisel & Associates; Chicago, IL
08-03-2005 by Report

Bacon v. University of Chicago Hospitals and Dr. Mark Connolly
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 95 L 2945
Law Firm= Maher & Associates; Chicago, IL
08-03-2005 Part 2

Ehrenfried v. Patterson, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 04 CV 3481
Law Firm= Lipkin & Higgins; Chicago, IL
08-02-2005 Part 1

Walden v. Kingsman, M.D., et al.
Superior Court for the County of Whitfield, State of Georgia at Dalton
Civil Action File No. 82, 127-M
Law Firm= Ledbetter Law Firm; Calhoun, GA
08-01-2005

Cohill v. Charleston Place Owners Association, et al.
District Court, Clark County, Nevada

Case No. A446373
Law Firm= Gillock Markley & Killebrew; Las Vegas, NV
07-27-2005

Burley, Parent/Guardian of Hill v. Douglas, et al.
Circuit Court of Yazoo County, Mississippi
Cause No. 2004-C146
Law Firm= Bell Flechas & Gaggini; Jackson, MS
07-25-2005

Brown v. Burlington Northern Santa Fe Railroad Company, et al.
United States District Court, Northern District of Illinois, Eastern Division
Case No. 02 CV 6946
Law Firm= Yaeger Jungbauer & Barczak; Minneapolis, MN
07-20-2005,  Part 2

Whitman v. Rogers, MD, et al.
County Court at Law Number 1, Dallas County, Texas
Cause No. 03-10355-A
Law Firm= Tucker Law Office; Dallas, TX
07-25-2005

Bulmash v. Piedmont Hospital, Inc., et al.
State Court of Fulton county, State of Georgia
Civil Action File No. 03VS-057496-G
Law Firm= Pearlman & Pianin; Southfield, MI
07-18-2005

Bagnall v. Rosemont Exposition Services, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 010477
Law Firm= Storino Ramello & Durkin; Rosemont, IL
07-14-2005

Young, et al. v. RSB Logistic, Inc.
U.S. District Court, Eastern District of Missouri, Eastern Division
Cause No. 4,04CV-01213ERW, Division No. 6
Law Firm= Fox Goldblatt & Singer; St. Louis, MO
07-11-2005

Evans v. Lima Lima Flight Tean, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 055514
Law Firm= Madsen Farkas & Powen; Chicago, IL
07-05-2005

Glaeser v. Ford Motor Company, et al.
State of Michigan, Circuit Court for the County of Bay
Case No. 01-3242 NP-CS
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
07-06-2005

Miller v. Lemke, et al.
Circuit Court of the 19th Judicial Circuit, McHenry County, Illinois

02 LA 16
Law Firm= Cogan & McNabola; Chicago, IL
07-01-2005

Power v. State Farm Insurance Company
State of Illinois, County of Cook
Claim No. 13-7429-691
Law Firm= Cogan & McNabola; Chicago, IL
07-01-2005

Wilbert v. Dewyer
State of Michigan in the Circuit Court for the County of Grand Traverse
File No. 03-22610-NI
Law Firm= Smith & Johnson; Traverse City, MI
06-28-2005 by report

Simmer v. Ford Motor Company, et al.
State of Michigan in Circuit Court for the County of Ingham
Case No. 01-94205-NP
Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
06-28-2005

Marten v. Gruber, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 6075
Law Firm= Cummins & Cronin; Chicago, IL
06-27-2005

Rickard v. Joseph J. Henderson and Sons, Inc, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 011768
Law Firm= Tribler Orpett & Meyer; Chicago, IL
06-20-2005

Magic Kitchen, Ursala Kaiser & Kitchen Connection, Inc. v. Good Things Int'l
Ltd, et al.
Superior Court of California, County of Los Angeles, Central District
Case No. BC 288124
Law Firm= Pizzulli Law Office; Santa Monica, CA
06-16-2005

Jensen v. ARV Nevada Assisted Living, Inc., et al.
District Court, Clark County, Nevada
Case No. A474063, Dept. XXI
Law Firm= Lee Law Office; Las Vegas, NV
06-15-2005

Mattson v. Kenneth Elmer Root, et al.
State of Michigan, Circuit Court for the County of Kalkaska
Case No. 04-8439-NI
Law Firm= Smith & Johnson; Traverse City, MI
06-15-2005 Part 1

Eliopoulos v. Dr. Steven Sholl and Godmann Fishman & Weinberg M.D. &

<u>Associates</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 95 L 09040
Law Firm= Cogan & McNabola; Chicago, IL
06-14-2005

<u>Hernandez v. Catholic Health Partners Services, et al.</u>
Circuit Court of Cook County, County Department - Law Division
No. 01 L 015041
Ball & Jennings; Chicago, IL
06-14-2005

<u>VanSleet v. Jimmy'Z Masonry Corp, et al.</u>
Circuit Court of Cook County, Illinois, County Department Law Division
No. 02 L 007186
Law Firm= Pierce Law Office; Barrington, IL
06-13-2005 by Report

<u>Brown v. Burlington Northern Santa Fe Railroad Company, et al.</u>
United States District Court, Northern District of Illinois, Eastern Division
Case No. 02 CV 6946
Law Firm= Yaeger Jungbauer & Barczak; Minneapolis, MN
06-13-2005 Part 1

<u>Brown v. Cirque du Soleil Holding USA, Inc., et al.</u>
District Court, Clark County, Nevada
Case No. A44885C, Dept. No. 12
Law Firm= Weinberg Wheeler Hudgins Gunn Dial; Las Vegas, NV
06-10-2005

<u>Davis v. Henderson, M.D., et al.</u>
State Court of Fulton County, State of Georga
Civil Action File No. 02VS039932-H
Law Firm= Devlin & Robinson; Atlanta, GA
06-10-2005

<u>Brothers v. Salvati</u>
Supreme Court of the State of New York, County of Suffolk
Index No. 03-23758
Law Firm= Samuelson Hause & Samuelson; Garden City, NY
06-09-2005

<u>Richman v. Michael Sheahan, et al.</u>
U.S. District Court for Northern District of Illinois, Eastern Division
98 C 7350
Law Firm= Block & Associates; Chicago, IL
06-07-2005

<u>Gleeson v. Stephani, M.D., et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 014444 Calendar E
Law Firm= Ball & Jennings; Chicago, IL
06-08-2005

Cahnman v. Doerge, et al.
Circuit Court of Cook County, Illinois, County Department, Chancery Division
Case No. 03 CH 13448
Law Firm= Novack & Macey; Chicago, IL
06-08-2005

Basham v. Hunt and City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 11177
Law Firm= Fitzpatrick & Associates; Chicago, IL
06-06-2005

Oppelt v. Wirtgen, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 8686
Law Firm= Motherway & Napleton; Chicago, IL
06-06-2005

French, Representative of Estate of McMillan v. Lord, et al.
Circuit Court of Crawford County, Arkansas, Civil Division
Case No. CV-2002-173
Law Firm= Milligan Law Offices; Fort Smith, AR
06-02-2005

Carney v. Anchor Packing Co., et al.
Circuit Court of Crawford County, Arkansas
No. CV-2003-471
Law Firm= Odom & Elliott; Fayetteville, AR
06-01-2005

Buckler v. Victor, D.O., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 15591
Law Firm= Motherway & Napleton; Chicago, IL
05-31-2005

Hill & Young v. Logemann Brothers Company, et al.
Superior Court of New Jersey, Law  Division - Mercer County
Docket No. MER-L-1126-00
Law Firm= Ciecka Law Office; Pennsauken, NJ
05-26-2005

Flaherty v. Thyssen Krup Elevator Corporation, et al.
Superior Court of New Jersey, Ocean County - Law Division
Docket No. OCN-L-3797-02 Civil Action
Law Firm= Starkey Kelly Bauer & Kenneally; Toms River, NJ
05-23-2005

Pierce v. System Transport, Inc., et al.
U. S. District Court for the Northern District of Illinois, Eastern Division
No. 01 C 9205
Law Firm= Burnes & Libman; Chicago, IL
05-20-2005

Bulmash v. Piedmont Hospital, Inc., et al.
State Court of Fulton county, State of Georgia
Civil Action File No. 03VS-057496-G
Law Firm= Pearlman & Pianin; Southfield, MI
05-18-2005

Parker, Jr. v. Burlington Northern and Santa Fe Railway Company
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 02 L 002054
Law Firm= Bishof Law Office; Chicago, IL
05-18-2005

Phillips v. Baer, M.D., et al
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 13264
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
05-16-2005

Dominguez v. U.S. of America
U.S. District Court for the Western District of Texas, Austin Division
Civil Action No. A-03-CA-134-JN
Law Firm= U.S. Department of Justice; San Antonio, TX
05-11-2005 at Hearing

Raju as Special Administrator of Estate of Bell v. LaDore, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 8660
Law Firm= Costello McMahon & Burke; Chicago, IL
05-03-2005 Part 1

Smith for Estate of Sizemore v. Dr. Bruce Genovese, et al.
State of Michigan in Circuit Court for the County of Washtenaw
Case No. 03-256-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
04-25-2005

Sunia, et al. v. Banner Health System, et al.
Superior Court of the State of Arizona, Maricopa County
No. CV2003-012906
Law Firm= Harris Palumbo Powers & Cunningham; Phoenix, AZ
04-21-2005

Einersen v. Flores
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 11579
Law Firm= Cooney & Conway; Chicago, IL
04-18-2005

Knapczyk v. Township of Stickney, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 94 L 5739
Law Firm= Nolan Law Group; Chicago, IL
04-18-2005

Stovall v. Kraus Construction Company
Circuit Court of Union County, Arkansas, Civil Division, 6th Division
Case No. CV-2004-0031-6
Law Firm= Hanna Law Office; Eldorado, AR
04-13-2005

Van Roeyen v. Resurrection Health Care, et al.
Circuit Court of Cook County, Illinois, County Department-Law Division
No. 02 L 8395
Law Firm= Adamski & Conti; Chicago, IL
04-08-2005

French, Representative of Estate of McMillan v. Lord, et al.
Circuit Court of Crawford County, Arkansas, Civil Division
Case No. CV-2002-173
Law Firm= Milligan Law Offices; Fort Smith, AR
04-08-2005

Hawkins v. Anatomic Pathology Associates, et al.
Superior Court of the State of Arizona in and for the County of Maricopy
No. CV 2004-005813
Law Firm= Shapiro Law Office; Phoenix, AZ
04-06-2005

Murray v. Great Bay Building Co, et al.
U. S. District Court, State of New Jersey
Civil Action No. 03-2486 (JCL)
Law Firm= Gill & Chamas; Woodbridge, NJ
04-01-2005

Peszek v. James McMahon, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 01 L 15004
Law Firm= Costello McMahon & Burke; Chicago, IL
03-30-2005

Vazquez v. Rodes Fabricators, Inc., et al.
Howard Circuit Court, State of Indiana
Cause No. 34C01-9903-CT-00169
Law Firm= Button McGarvey Trauring Wilson & Oaks; Kokomo, IN
 03-28-2005

Zajicek v. Ford Motor Company
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 03 L 577
Law Firm= Employee Legal Services; Chicago, IL
03-18-2005

Erlichman v. Arlington Heights Lanes, Inc.
Circuit Court of Cook County, Illinois, County Department – Law Division,
Third Municipal District
No. 01 L 63036
Law Firm= Aronberg Goldgehn Davis & Garmisa; Chicago, IL

07-14-2004
03-18-2005


Young v. Tellabs, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 04056
Law Firm= Laser Pokorny Schwartz Friedman & Economos; Chicago, IL
03-15-2005


Servellon v. Guerriero, M.D., et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 98 L 009698
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
03-15-2005


Mermelstein v. Moshe Menora, et al.
Circuit Court of Cook County, County Department, Chancery Division
Civil No. 97 CH 7218
Law Firm= Wildman Harrold Allen & Dixon; Chicago, IL
03-04-2005


Hopkins v. Desert Pulmonary Consultants, et al.
Superior Court of the State of Arizona in and for the County of Maricopa
No. CV 2003-008259
Law Firm= Harris Palumbo Powers & Cunningham; Phoenix, AZ
03-02-2005


Sunia, et al. v. Banner Health System, et al.
Superior Court of the State of Arizona, Maricopa County
No. CV2003-012906
Law Firm= Harris Palumbo Powers & Cunningham; Phoenix, AZ
02-28-2005


Hart, et al. v. A. W. Chesterton Co., et al.
Circuit Court of Ashley County, Arkansas
Case No 2000-203-3
Law Firm= Odom & Elliott; Fayetteville, AR
02-22-2005


Schafer v. Union Pacific Railroad Company
Circuit Court of the City of St. Louis, State of Missouri
Cause No. 022-10332, Division No. 1
Law Firm= Francis Law Office; St. Louis, MO
02-22-2005


Burnham v. Roguske, et al.
State of Michigan in Circuit Court for the County of Oakland
Case No. 04-056298 NI
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
02-17-2005


Orlich & Lello v. Ugarte, M.D., et al.
Circuit Court of Cook County, Illinois, Law Division - Fifth District
No. 00 L 065031

Law Firm= Phillips & Sweeney; Chicago, IL
02-16-2005

Stracener & O'Neal v. Thomas Williams, M.D., et al.
Circuit court of Sebastian County, Arkansas, Fort Smith District
Case No. CV-2000-837 (I)
Law Firm= Boyd Law Firm; Little Rock, AR
02-14-2005

Anderson v. American Medical Association, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 CH 09951
Law Firm= Wessels & Pautsch; Milwaukee, WI
02-14-2005

Bragg/Davidson v. U.S. of America
U.S. District Court, Middle District of Tennessee, Nashville District
Case No. 3-03-1155
Law Firm= US Department of Justice; Nashville, TN
02-14-2005

VanSleet v. Jimmy'Z Masonry Corp, et al.
Circuit Court of Cook County, Illinois, County Department Law Division
No. 02 L 007186
Law Firm= Pierce Law Office; Barrington, IL
02-11-2005

Gilley & Barnett v. Airborne Freight Corporation, et al.
Circuit Court of Cook County, County Department, Law Division
No. 02 L 003419
Law Firm= Dolan & Shannon; Chicago, IL
02-10-2005

Pirman v. Gkizas, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 005151
Law Firm= Stellato & Schwartz; Chicago, IL
02-10-2005

Kinney, Representative of Tratnik v. Geil, et al.
State of Michigan Circuit Court for the County of Calhoun
Case No. 02-1036-NM
Law Firm= Bieneman Law Office; Grand Rapids, MI
02-07-2005

Welch v. Norton Hospitals, Inc., et al.
Jefferson Circuit Court, Division Three
No. 02-CI-08192
Law Firm= Franklin & Hance; Louisville, KY
02-04-2005

May v. Village of LaGrange, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 03 L 13537

Law Firm= Burke & Burke; Chicago, IL
02-02-2005

Sitko v. Rush-Presbyterian-St. Luke's Medical Center
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 677
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
01-31-2005

Verburg v. Kalish, DPM, et al.
State Court of DeKalb County, State of Georgia
Case No. 03A11241-2
Law Firm= Devlin & Robinson; Atlanta, GA
01-28-2005

Barnak v. Pep Boys Manny, Moe and Jack, Inc., et al.
Superior Court of New Jersey, Camden County, Law Division
Docket No. CAM-L-458-01 Civil Action
Law Firm= Ciecka Law Office; Pennsauken, NJ
03-29-2003
01-27-2005

Hoskins v. Nutraquest, Inc., et al.
U.S. District Court for the District of New Jersey
Case No. 03-CV-05869
Law Firm= Kenneth B. Moll & Associates; Chicago, IL
01-21-2005

Lewis v. City of Chicago, et al.
U. S. District Court for the Northern District of Illinois, Eastern Division
No. 04 C 3904
Law Firm= Smith & Coffey; Chicago, IL
01-26-2005

Renfro v. Chicago Housing Authority, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 01 L 09968
Law Firm= Cochran Cherry Givens Smith & Montgomery; Chicago, IL
01-25-2005

Martinez v. Les Schwab Tire Centers of Montana, Inc., et al.
Montana Fourth Judicial District Court, Missoula County
Cause No. DV-99-88271
Law Firm= Beck Amsden & Ruggiero; Bozeman, MT
01-19-2005 & 01-20-2005

Wolverton v. Les Schwab Tire Centers of Montana, Inc., et al.
Montana Fourth Judicial District Court, Missoula County
Cause No. DV-99-88271
Law Firm= Beck Amsden & Ruggiero; Bozeman, MT
01-19-2005 & 01-20-2005

Tracy v. Freund, D.O., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division

No. 02 L 11583
Law Firm= Motherway & Napleton; Chicago, IL
01-18-2005

Geil v. G.R.A.T.A., et al.
State of Michigan in the Circuit Court for the County of Kent
Case No. 04-05185-NI
Law Firm= Ujlaky Law Office; Lansing, MI
01-17-2005

Davis v. Dr. Daran Hom, et al.
State of Michigan, Circuit Court in the County of Jackson
Case No. 03-02331-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
01-10-2005

Donnell v. Terex-Telelect, Inc., et al.
U.S. District Court, Eastern District of Arkansas, Western Division
No. 4-03-CV-00531-WRW
Law Firm=Wilcox Law Office; Jonesboro, AR
Orr Scholtens Willhite & Averitt; Jonesboro, AR
12-16-2004

Lagestee v. Ingalls Hospital, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 99 L 14025
Law Firm= Chessick Law Office; Schaumburg, IL
DDP 12-14-2004

Martin v. Forrester, et al.
District Court of Pottawatomie County, State of Oklahoma
Case No. C-03-679
Law Firm= Cherry Law Firm; Edmund, OK
Tawwater & Slama; Oklahoma City, OK
12-08-2004

Boim v. Quranic Literacy Institute, et al.
U.S. District Court for the Northern District of Illinois, Eastern Divsion
Civil No. 00 C 2905
Law Firm=Lewin & Lewin; Washington, DC
Wildman Harrold Allen & Dixon; Chicago IL
12-07-2004

Hogans v. U.S. of America
U.S. District Court for the Western District of Texas, San Antonio Division
Civil Action No. SA03CA0439
Law Firm= U.S. Department of Justice; San Antonio, TX
10-26-2004
11-18-2004

Brown v. Sidney Dorsey, et al.
Superior Court of Gwinnett County, State of Georgia
Civil Action File No. 02-A-12722-7
Law Firm= Casey Gilson Leibel; Atlanta, GA

11-17-2004

Nicholson v. Morris Hospital, et al.
State of Illinois, Circuit Court of the Thirteenth Judicial Circuit, Grundy
County
No. 02 L 19
Law Firm= Motherway & Napleton; Chicago, IL
11-16-2004

Arnett & Lemaster v. Leslie Resources, Inc., et al.
Commonwealthof Kentucky, Perry Circuit Court
C.A. No. 01-CI-00214
Law Firm= Kinner & Patton; Prestonsburg, KY
11-12-2004

Addelia & Hoover v. Mercy Healthcare Arizona, Inc., et al.
Superior Court of Arizona, County of Maricopa
No. CV2003-012907
Law Firm= Harris Palumbo Powers & Cunningham; Phoenix, AZ
11-11-2004

McMickle v. Griffin, et al.
Circuit Court of Phillips County, Arkansas, Civil Division
No. CIV-201-149 & CIV-2003-373 & CIV 2004-218
Law Firm= Easley Hicky & Hudson; Forest City, AR
11-11-2004

Neve v. Sunrise Hospital and Medical Center, et al.
District Court, Clark County, Nevada
Case No. A466762
Law Firm= Titolo Law Office; Las Vegas, NV
07-09-2004
11-10-2004

Hudson v. Quinn, et al.
State of Indiana, County of Allen in the Allen Superior Court
Cause No. 02D01-0102-CT-41
Law Firm= Button McGarvey Trauring Wilson & Oaks; Kokomo, IN
11-08-2004

Kalk v. Beckstrom Enterprises, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 2200
Law Firm= Patton & Ryan; Chicago, IL
11-02-2004

Knapczyk v. Township of Stickney, et al.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 94 L 5739
Law Firm= Nolan Law Group; Chicago, IL
11-02-2004

Phillips v. Healthplus of Michigan
State of Michigan in the Circuit Court for the County of Genesee

```
Case No  03-77483-NH
Law Firm= Pearlman & Pianin; Southfield, MI
11-01-2004
```

Walsh v. New Jersey Manufacturers Insurance Company
```
Superior Court of New Jersey, Law Division  Monmouth County
Docket No. L-2768-02 Civil Action
Law Firm= Gill & Chamas; Woodbridge, NJ
10-28-2004
```

Swartz v. Lewinstein, MD & Peachtree Vascular Specialists
```
Superior Court of Fulton County, State of Georgia
Civil Action File No 2003 CV 66930
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
10-04-2004
10-27-2004
```

McGriff v. Heigerick, et al
```
Superior Court of Gwinnet County, State of Georgia
Civil Action, File Number 02-A-13801-4
Law Firm= Devlin & Robinson; Atlanta, GA
01-16-2004
10-27-2004
```

Davis, et al. v. Lutheran High School Assn. of St. Louis, et al.
```
Circuit Court of the City of St. Louis, State of Missouri
Cause No. 032-09509, Division No. 1
Law Firm= Kullmann Klein & Dioneda; St. Louis, MO
10-26-2004
```

Haltom v CSX Transportation, Inc.
```
Circuit Court of Cook County, Illinois, County Department - Law Division
NO. 02-L-5250
Law Firm= Callis Papa Hale Szewczyk Rongey & Danzinger; Granite City, IL
10-12-2004
```

Wilson v. Wilson Care, Inc.
```
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 01 L 001162
Law Firm= Harris Mitchell & Dinizulu; Chicago, IL
10-11-2004
```

Pryor v. Holy Cross Hospital, et al.
```
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 02 L 003277
Law Firm= Tyler & Associates; Chicago, IL
10-08-2004
```

Hohn v. Woodside Homes of Nevada, et al.
```
District Court, Clark County, Nevada
Case No. A478959
Law Firm= Titolo Law Office; Las Vegas, NV
10-05-2004
```

<u>Jinkins v. Lee, et al.</u>
Circuit Court of Cook County, Illinois, County Department-Law Division
No. 04 L 5967
Law Firm= Brustin Law Office; Chicago, IL
10-01-2004

<u>Krska v. Penn</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 02 L 8915
Law Firm= Cetina & Jacques; Oakbrook Terrace, IL
09-28-2004

<u>Penuela v. County of Los Angeles, et al.</u>
Superior Court of the State of California in & for the County of Los Angeles
Case No. BC048487
Law Firm= Penuela Law Office; Burbank Hills, CA
01-08-97
05-15-97
09-24-2004

<u>DeCastro v. Randall, Daimler Chrysler Corp.</u>
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 01 L 6075
Law Firm= Dowd & Dowd; Chicago, IL
09-08-2004

<u>Williams v. Lafear and Transport Corporation of American, Inc.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L -08299
Law Firm= Burnes & Libman; Chicago, IL
09-07-2004

<u>Siavelis v. Target Corporation, et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 6498
Law Firm= Sanchez & Daniels; Chicago, IL
09-07-2004

<u>Pietruszka v. Collier, et al.</u>
Circuit Court of Cook County, Illinois
No. 02 L 000135
Law Firm= Meachum Spahr Cozzi Postel Zenz; Chicago, IL
09-02-2004

<u>Kandisbrat, et al. v. Dr. Sung Ky Paik, et al.</u>
State of Michigan in Circuit Court for the County of Washtenaw
Case No. 02-1053-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
07-28-2004
08-25-2004

<u>Schramek v. Sara Lee Corporation, et al.</u>
Circuit Court of Cook County, Illinois, County Department, Law Division

No. 02 L 011412
Law Firm= Dolan & Shannon; Chicago, IL
08-23-2004

Trotter v. Washington Construction, et al.
District Court, Clark County, Nevada
Case No. A466763, Dept. No. VIII
Law Firm= Titolo Law Office; Las Vegas, NV
08-23-2004

Van Voris, et al. v. United States of America
U.S. District Court for the Western District of Texas, El Paso Division
Civil Action No. EP 03CA0248
Law Firm= U.S. Department of Justice; San Antonio, TX
08-16-2004

Ingram v. Sheriff Primus, et al.
Superior Court of Hancock County, State of Georgia
Civil Action File No. 03CV-0083
Law Firm= Casey Gilson Leibel; Atlanta, GA
08-16-2004

Johnson/Haynes v. USA
U.S. District Court, Western District of Texas, El Paso Division
Civil No. EP-02-CA-0580
Law Firm= U.S. Department of Justice; San Antonio, TX
08-13-2004

Curtis, Executrix for Estate of Fetchko & Curtis v. Cassese
Superior Court of New Jersey, Middlesex County
Docket No. L-200-03
Law Firm= Hobbie Corrigan Bertucio & Tashjy; Eatontown, NJ
08-13-2004

Herrick v. Juelin Tang, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 6733
Law Firm= Corbett & Assoc.; Chicago, IL
08-12-2004

Sanchez v Anderson, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 012722
Law Firm= Lipkin & Higgins; Chicago, IL
08-12-2004

Bahena v. Amtech Elevator Services Company
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 16634
Law Firm= Cogan McNabola & Dolan; Chicago, IL
08-09-2004

Nenninger v. Wolff, M.D., et al.
U.S. District Court for the Southern District of Illinois

No. 02-170-GPM
Law Firm= Walker Law Office; Granite City, IL
08-06-2004

Hamre v. Abrar Mirza, Ann Marie Baratta, et al.
U.S. District Court, Southern District of New York
Index No. 02CV 9088
Law Firm=  Sacks Law Office; New York, NY
08-03-2004

Van Velson v. Oak White, et al.
Superior of Court of New Jersey, Law Division Middlesex County
Docket No. MID-L-290-03
Law Firm= Gill & Chamas; Woodbridge, NJ
08-02-2004

Dioso v. Griswold, et al.
State of Michigan in the Circuit Court for the County of Wayne
Case No. 03-330447 NI
Law Firm= Cox Hodgman & Giarmarco; Troy, MI
07-29-2004

Anderson v. Coulson Oil Company, Inc., et al.
Circuit Court of Pulaski County, Arkansas, Second Division
No. CV02-12208
Law Firm= Callis Law Firm; Granite City, IL
07-27-2004

Jajn, Inc., d/b/a Highland Pub, & Juarez v. Illinois Casualty Company
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 012234
Law Firm= Dolan & Shannon; Chicago, IL
07-26-2004

Ethridge v. Welsh Machine Tool Co., Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 11619
Law Firm= Motherway & Napleton; Chicago, IL
07-23-2004

Mullaney v. L.I.M. International, et al.
State of Illinois in Circuit Court of Cook County, Illinois, County Department
- Law Division
No. 02 L 6938
Law Firm= Dolan & Shannon; Chicago, IL
07-22-2004 at Arbitration

Basham v. Hunt and City of Chicago
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 11177
Law Firm= Fitzpatrick & Associates; Chicago, IL
07-21-2004

Bond v. Principle Construction Company, et al.

State of Illinois, Circuit Court of Cook County, County Department – Law Division
No. 00 L 13407
Law Firm= Meachum Spahr Cozzi Postel & Zenz; Chicago, IL
07-20-2004


Laduke as Conservator of Sapp v. Baptist Healthcare System, Inc., et al.
Jefferson Circuit court, Division Twelve (12)
No. 99-CI-07336
Law Firm= Franklin & Hance; Louisville, KY
07-12-2004
07-19-2004 at Hearing


Kraus v. Terrestris Development Company
Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois
No. 02 L 007
Law Firm= Rallo Law Office; Libertyville, IL
07-16-2004


Hood as Administratrix of Estate of Jones v. Greyhound Lines, Inc., et al.
State Court of Fulton County, State of Georgia
Civil Action File No. 01-VS-026671-B
Law Firm= Thomas Means Gillis & Seay; Atlanta, GA
07-15-2004


Montgomery v. Greyhound Lines, Inc., et al.
State Court of Fulton County, State of Georgia
Civil Action File No. 02-VS-039443-H
Law Firm= Thomas Means Gillis & Seay; Atlanta, GA
07-15-2004


Trevino v. Chicago Slitter Co. Inc., et al
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 16033
Law Firm= Baal & O'Connor; Chicago, IL
07-09-2004


Dudek v. The Burlington Northern & Santa Fe Railway Company, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 00 L 8560
Law Firm= Parente & Norem; Chicago, IL
07-08-2004


Pierrot v. Cargill Detroit Corporation, et al.
State of Michigan in the Circuit Court for the County of Oakland
Civil Action No. 03-048528-NP
Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
07-08-2004


Smarinsky v. Bravos
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 015813
Law Firm= Touhy & Associates; Chicago, IL
07-07-2004

Miller v. Dr. Anita L. Aebersold
Circuit Court of Pulaski County, Arkansas, Sixth Division
CV 2003-11294
Law Firm= O'Neil & Fitzhugh; N. Little Rock, AR
07-07-2004

Hensley, Jr. v. Allen, et al
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
No. 01 L 612
Law Firm=  Krockey Cernugel Cowgill Clark & Pyles; Joliet, IL
07-07-2004

Landt v. Verseman, M.D., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01L16159
Law Firm= Cirignani Heller Harman & Lynch; Chicago, IL
07-01-2004

Ramirez v. North Oakland Medical Center, et al.
State of Michigan in Circuit Court for the County of Oakland
Case No. 03-051699 NH
Law Firm= Rohl & Associates; Novi, MI
07-01-2004

Daggit v. McGee, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 01 L 6380
Law Firm= Karno & Associates; Chicago, IL
06-30-2004

Madalinski v. St. Alexius Medical Center
Circuit Court of Cook County, Illinois, County Department, Law Division
Case No. 01 L 013513
Law Firm= Monico Pavich & Spevack; Chicago, IL
07-31-2003
06-30-2004

Arvest Bank, Administrator for Estate of Chaplain v. Antosh, MD
Circuit Court of Craighead County, Arkansas
Case No. CV-2003-644 (H)
Law Firm= Bailey Law Firm; Mountain Home, AR
05-29-2004
06-15-2004

Heger v. Loyola University Medical Center of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 5330 1
Law Firm= Cogan McNabola & Dolan; Chicago, IL
06-04-2004

Stevenson v. Pulte Homes of Michigan, Corp, et al.
State of Michigan in the Circuit Court for the County of Oakland
Case No. 02-038422 NO

Law Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
01-30-2004 by Telephone
05-28-2004

Gray, Individually & as Representative of Williams v. State of Kansas, et al.
District Court of Wyandotte County, Kansas, Civil Court Department
Case No. 02-C-5333, Division No. 2, K.S.A. Chapter 60
Law Firm= Loughin Johnson & Campbell; Kansas City, MO
05-27-2004

Thomas O'Neill, Victim
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-004969
Law Firm= Corcoran Law Office; Massapequa, NY
05-26-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Saggers v. McDonald, M.D.
State of Michigan in Circuit Couret for the County of Wayne
Case No 02-200953-NH
Law Firm= Pearlman & Pianin; Southfield, MI
05-21-2004

Walker v. Smith's Food & Drug Centers, Inc., et al.
District Court, Clark County, Nevada
Case No. A453313, Dept. No. XIII
Law Firm= Titolo Law Office; Las Vegas, NV
05-17-2004

Vasanta K. Velamuri for Estate of Sankara S. Velamuri
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim NO. 212-006284
Law Firm= McCallion & Assoc., New York, NY,
05-14-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Phillips v. The Raymond Corporation
U.S. District Court for the Northern District of Illinois, Eastern Division
No 99 C 2152
Law Firm= Touhy & Associates; Chicago, IL
05-13-2004

Dominguez v. U.S. of America
U.S. District Court for the Western District of Texas, Austin Division
Civil Action No. A-03-CA-134-JN
Law Firm= U.S. Department of Justice; San Antonio, TX
05-13-2004

Matthew Allen, Victim
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-004913
Law Firm= Hanna & Anderson; Wall, NJ
05-11-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Roger Fernandez, Victim
U.S. Department of Justice, September 11th Victim Compensation Fund

Claim No. 212-004940
Law Firm= Hanna & Anderson; Wall, NJ
05-11-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Cynthia McDay for Estate of Victim Tonyell McDay
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-004911
Law Firm= Hanna & Anderson; Wall, NJ
05-11-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Cammerino v. First Transit, Inc., et al.
District Court, A-14th Judicial District Court, Dallas County, Texas
Cause No. 03-00352
Law Firm= Tucker Law Offices; Dallas, TX
05-10-2004

David B. Brandhorst for Estate of Victim Daniel Brandhorst
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005878
Law Firm= Baum & Hedlund; Los Angeles, CA
05-03-2004 Hearing in Office of Special Master Kenneth R. Feinberg

David B. Brandhorst for Estate of Victim David R. Brandhorst
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-003036A
Law Firm= Baum & Hedlund; Los Angeles, CA
05-03-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Pittman v. William Bergen, M.D., et al.
State Court of Henry County, State of Georgia
Civil Action File Number 02 SV 00662
Law Firm= Nix & Graddock; Decatur, GA
05-08-2004

Trahan v. Salem Subway Restaurant, et al.
Superior Court, Complex Litigation Docket at Middletown
Docket No. X04-CV-03-0103536-S
Law Firm= Silver Golub & Teitell; Stamford, CT
05-07-2004 at Arbitration

Meena Jerath for Estate of Victim Prem N. Jerath
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005982
Law Firm= McCallion & Assoc.;  New York, NY
05-03-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Arjan R. Mirpuri for Estate of Victim Rajesh Arjan Mirpuri
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005334
Law Firm= McCallion & Assoc.;  New York, NY
05-03-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Michael O'Brien, Victim
U.S. Department of Justice, September 11th Victim Compensation Fund

Claim No.212-005220
Law Firm= Corcoran Law Office; Massapequa, NY
05-03-2004 at Hearing

Kecala v. Illinois Farmer's Insurance
Underinsured Motorist Arbitration in Cook County, Illinois
No. H5 133312
Law Firm= Zinger Law Office; Chicago, IL
05-01-2004

Cammerino v. First Transit, Inc., et al.
District Court, 14th Judicial District, Dallas County, Texas
Cause No. 03-00352
Law Firm= Tucker Law Offices; Dallas, TX
05-01-2004

Simmer v. Ford Motor Company, et al.
State of Michigan in Circuit Court for the County of Ingham
Case No. 01-94205-NP
Firm= Sommers Schwartz Silver & Schwartz; Southfield, MI
04-29-2004

Elizabeth Meredith Rigo for Estate of Victim John M. Rigo
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005207
Law Firm= Piper Rudnick; New York, NY
04-26-2004

Mary Beth McErlean for Estate of Victim John Thomas McErlean, Jr.
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005663
Law Firm= Piper Rudnick; New York, NY
04-26-2004

Mitchell Duggan for Estate of Victim Jacqueline Sayegh Duggan
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-005715
Law Firm= Piper Rudnick; New York, NY
04-26-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Julie A. Bondarenko for Estate of Victim Alan Bondarenko
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-007214
Law Firm; Riker Danzig Scherer Hyland & Perretti; Morristown, NJ
04-22-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Heidlage v. Terra Renewal Services, Inc., et al.
U. S. District Court for the Western District of Missouri
Case No. 3-03-CV-5008-SOW
Law Firm= Hubbell Peak O'Neal Napier & Leach; Kansas City, MO
02-11-2004
04-19-2004

Davenport, et al. v. International Truck and Engine Corporation, et al.

Circuit Court, Monroe County, Arkansas
NO. CIV-2000-104 (S)
Law Firm= Nix Patterson & Roach; Texarkana, TX
04-07-2004

Gloria Haramis for Estate of Victim Vassilios Haramis
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-004985
Law Firm= Lewis & Fiore; New York, NY
04-01-2004 Hearing in Office of Special Master Kenneth R. Feinberg

Lankton & Schultz v. Granger Container Service, Inc., et al.
State of Michigan in Circuit Court for the County of Ingham
File No. 02-12-NI
Law Firm= Nolan Thomsen & Villas; Eaton Rapids, MI
03-25-2004

Sheck v. Dalcorso & Phipps
Superior Court of New Jersey, Law Division, Burlington County
Docket No.  BUR-L-00932-02
Law Firm= Shackleton & Hazeltine; Ship Bottom, NJ
01-09-2003
03-24-2004

Welchel v. Transcontinental Refrigerated Lines, Inc. et al.
U. S. District Court for the Western District of Oklahoma
Case Number CIV-2002-956-M
Law Firm= Tawwater & Slama; Oklahoma City, OK
03-22-2004

Spencer v. The Successors of the late Fitzroy Messam, et al.
Commonwealth of Kentucky, Ohio Circuit Court
No. 00-CI-00299
Law Firm= Moore Malone & Safreed; Owensboro, KY
03-15-2004

Chandler v. Martinez, et al.
Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil
Department
Case NO. 02 C 4073
Law Firm= Hodge & Associates; Wichita, KS
03-13-2004

Terry v. Shelby County Health Care Corp, et al.
Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District
at Memphis
No. 2-00CU261-S.B.
Law Firm= Bailey & Clarke; Memphis, TN
01-26-2004 Part 1
02-28-2004 Part 2

Harrold, Conservator of Estate of VanHouten, et al. v. Grand Rapids Area
Transit Authority, et al.
State of Michigan, Kent County Circuit Court

Case No. 03-05419-NO
Law Firm= Gruel Mills Nims & Pylman; Grand Rapids, MI
02-27-2004

Mary Catherine Spencer for Estate of Victim George E. Spencer, III
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-002960
Law Firm= Silver Golub & Teitell; Stamford, CT
02-27-2004 by Telephone for Hearing in Office of Special Master Kenneth R.
Feinberg

Winkler, Administrator of Estate of Hall v. Dr. John P. Bethell, et al.
Circuit Court of Pulaski County, Arkansas, Third Division
No. Civil 2003-1767
Law Firm= O'Neil & Fitzhugh; N. Little Rock, AR
12-02-2003
02-26-2004

Scott v. Lauren Engineers and Constructors, Inc
U. S. District Court, Northern District of Mississippi, Delta Division
Civil Action NO. 2-02CV71-P-A
Law Firm= Gholson Hicks & Nichols; Columbus, MS
09-12-2003
02-25-2004

Martin v. Neerhof, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 99 L 03855
Law Firm= Chessick Law Office; Schaumburg, IL
02-18-2004

Sarantakis, et al. v. Hambrecht & Quist, Inc.
New York Stock Exchange Arbitration
NYSE Docket No. 2002-010261
Law Firm=  Gardiner Koch & Weisberg; Chicago, IL
02-17-2004 at Arbitration

Harris, Representative of Estate of Latham v. Baptist Memorial Hospital-Golden
Triangle, et al.
Noxubee County Circuit Court
Civil Action No. 2001-064
Law Firm= Turner & Associates; West Point, MS
02-07-2004

Becker v. United States of America
United States District Court for the Western District of Texas, Austin
Division
Civil Action No. A03 CA 184 SS
Law Firm= U.S. Department of Justice; San Antonio, TX
02-03-2004

Paul v. Weilhammer, M.D., et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 01 L 000459

Law Firm= Motherway & Napleton; Chicago, IL
02-03-2004

Marlow, individually, & as Administrator of Estate of Geary
Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois
Case No. 01 L 45
Law Firm= Lipkin & Higgins, Chicago, IL
01-29-2004

Hoffman v. Field, et al.
Circuit Court of Seventeenth Judicial Circuit, Winnebago County, Illinois
No. 99 L 97
Law Firm= Chessick Law Office; Schaumburg, IL
01-26-2004

Locricchio v. Parker, et al.
State of Michigan, Circuit Court for the County of Macomb
Case No. 02-3831 NI
Law Firm= Dailey Law Firm; Farmington Hills, MI
01-23-2004

Bonnie McEneaney for Estate of Victim Eamon McEneaney
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-002416
Law Firm= Silver Golub & Teitell; Stamford, CT
01-20-2004 at Hearing in Office of Special Master Kenneth R. Feinberg

McIntire v. Shalabi
Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
No. 99 AR 665
Law Firm= Butcher Law Office; Homewood, IL
01-19-2004

Gottschalk v. Frontier Antique Mall
Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil
Department
Case No. 2003 CV 574
Law Firm; Hodge & Associates; Wichita, KS
01-16-2004

Rossi v. New York Life Insurance Co, et al.
Superior Court of New Jersey, Law Division - Somerset County
Docket No. SOM-L-652-01
Law Firm= Gill & Chamas; Woodbridge, NJ
01-13-2004

Martinez, et al. v. Owens-Brockway, et al.
U.S. District Court, Northern District of Illinois, Eastern Division
No. 02 CV 1047
Law Firm= Whiting Law Group; Chicago, IL
12-11-2003
01-08-2004

Magic Kitchen, Ursala Kaiser & Kitchen Connection, Inc. v. Good Things Int'l

Ltd, et al.
Superior Court of California, County of Los Angeles, Central District
Case No. BC 288124
Law Firm= Pizzulli Law Office; Santa Monica, CA
01-06-2004

Williams, Special Administrator of Estate of Fulton v. Ellis Stuckey Realty, Inc., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 2931
Law Firm= Dolan & Shannon; Chicago, IL
12-30-2003

Luis Garcia v. NSC-II, Ltd., et al.
Circuit Court of Cook County, Illinois, County Department- Law Division
No. 00 L 5944
Law Firm= Cogan McNabola & Dolan; Chicago, IL
12-29-2003

Electronic Bankcard Systems, Inc. et al
District Court of Harris County, Texas, 61st Judicial District
Cause No. 99-06816-A
Law Firm= Maloney Jefferson & Dugas; Houston, TX
10-26-2003
12-08-2003 & 12-09-2003 & 12-10-2003

Edward Lawrence Donnelly for Victim Kevin W. Donnelly
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim Number 212-001706
Law Firm= Dolan & Shannon; Chicago, IL
12-03-2003 at Hearing in Office of Special Master Kenneth R. Feinberg

Schusse v. Pace Suburban Bus Divsion of the Regional Transportation Authority, et al.
Appellate Court No. 00-3857 in the Appellate Court of Illinois, First District
No. 99 L 2847 Consolidated with 97 L 15276
Brustin Law Office; Chicago, IL
12-01-2003

Williams v. Fuchs & Canadian National, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 02 L 9409
Law Firm= Loggans & Associates; Chicago, IL
11-25-2003

Spata v. Holy Family Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Divsion
NO. 01 L 05820
Law Firm= Cogan McNabola & Dolan, Chicago, IL
11-21-2003

Bunnell v. Bellows
State of Michigan in the Circuit Court for the County of Livingston
Case No. 02-19487 NI

Law Firm= Lewis Law Office; Howell, MI
11-13-2003

Gillespie v. Cler
Circuit Court of the Eighteenth Judicial Circuit, DuPage County
No. 01 L 00305
Law Firm= Eichler & Associates; Chicago, IL
11-12-2003

Scott v. Jemielita, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 006589
Law Firm= Suber & Assoc., Chicago, IL
11-10-2003

Fifth Third Bank, et al.
Commonwealth of Kentucky, Hardin Circuit Court, 9th Judicial Circuit, Division
I
Civil Action No. 03-CI-00272
Law Firm= Craig Kelley & Faultless
11-06-2003

Goodwin v. Schneider National Carriers, Inc., et al.
Circuit Court, Third Judicial Circuit, Madison County, Illinois
No. 02 L 1173
Law Firm= Dowd & Dowd; Chicago, IL
11-06-2003

Greviskes v. Universities Research Associates, Inc., et al.
U. S. District Court for the Northern District of Illinois, Eastern Division
No. 03 C 00257
Law Firm= Dore Law Office; Chicago, IL
11-05-2003

DeJesus v. Illinois Masonic Medical Center, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 01 L 014908
Law Firm= Loggans & Assoc.; Chicago, IL
11-04-2003

Sanchez v. The Pillsbury Co., et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 99 L 7577 "D"
Law Firm= Hardiman Law Office; Chicago, IL
12-27-2002
11-03-2003

Maria Concepcion Munoz-Garcia for Victim John Henwood
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-001227
Law Firm= Sacks Law Office; New York, NY
10-30-2003 at Hearing in Office of Special Master Kenneth R. Feinberg

Walter S. Cramer, Administrator of Estate of Christopher S. Cramer, Deceased

U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-001065
Law Firm= Hanna & Anderson; Wall, NJ
10-27-2003 at Hearing in Office of Special Master Kenneth R. Feinberg

Jacqueline Beard-Edwards, Administrator of Estate of Michael H. Edwards
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-000975
Law Firm= Power Rogers & Smith, Chicago, IL
10-24-2003 by phone at Hearing in Office of Special Master Kenneth R. Feinberg

Evangelos Bantis for Victim Katherine Bantis
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim No.212-001816
Law Firm= Power Rogers & Smith, Chicago, IL
10-24-2003 by phone at Hearing in Office of Special Master Kenneth R. Feinberg

Mihalovits v. Village of Crestwood, et al.
U. S. District Court, Northern District of Illinois, Eastern Division
Case No. 00 C 0897
Law Firm= Gardiner Koch & Weisberg; Chicago, IL
10-22-2003

Jones v. Sanford, et al.
Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois
No. 99 L 608 A
Law Firm= Dowd & Dowd; Chicago, IL
10-11-2003

Stanley v. CSX Transportation, Inc.
Circuit Court of Cook County, Illinois, County Department - Law Division
No. 00-L-012588
Law Firm= Callis Law Firm; Granite City, IL
10-07-2003

Foley v. Ingalls Health System, et al
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 99 L 13945
Law Firm= Motherway Glenn & Napleton; Chicago, IL
12-30-2002
10-07-2003

Vargas v. Calco Express, Inc., et al.
Circuit Court for 16th Judicial Circuit, Kane County, Illinois
Court No. 01 LK348
Law Firm= Lindner Speers & Reuland; Aurora, IL
04-15-2003
10-01-2003

Seidel v. Gandhi, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 99 L 14858 "B"
Law Firm= Scanlan Law Office; Chicago, IL
05-06-2003

10-01-2003

Neade v. Portes, M.D., & Primary Care Family Center
Circuit Court of the 19th Judicial Circuit, Lake County, Illinois
General No. 92 L 1074
Law Firm=  Sullivan Smith Hauser & Noonan Ltd.; Waukegan, IL
06-11-2001
09-30-2003

Pap v. Corrigan
Circuit Court of Cook County, Illinois
No. 00 L 7401
Law Firm= Jawor Law Firm; Bolingbrook, IL
09-25-2003

Clark v. Experian Information Solutions, Inc.; Equifax, Inc., et al.; Trans Union Corporation
U.S. District Court for the District of South Carolina, Anderson/Greenwood Division
Case No. 8-00-1217-22 & 8-00-1218-22 & 8-00-1219-22
Judge Cameron M. Currie
Law Firm= Johnson Smith Hibbard & Wildman; Spartanburg, SC
09-24-2003 at Hearing

Pinckney v. Martinez, et al.
Eighteenth Judicial District, District Court, Sedgwick County, Kansas, Civil Department
Case No. 02 C 3067
Law Firm= Ray Hodge & Associates; Wichita, KS
09-13-2003

Patterson v. Kloc, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
No. 01 L 000051
Law Firm= Mackey & Kramer; Chicago, IL
09-10-2003

McSwain, et al. v. Powe Timber Company, et al.
Circuit Court of the First Judicial District, Jasper County, Mississippi
Cause No. 11-0140
Law Firm= Kirk Law Firm; Houston, TX
09-08-2003 by video

Walter Cramer, Jr., Victim
U.S. Department of Justice, September 11th Victim Compensation Fund
Claim Number 212-000995
Law Firm= Hanna & Anderson; Wall, NJ
09-05-2002 at Hearing in Office of Special Master Kenneth R. Feinberg

Crossland, et al. & Harahap, et al. v. Sundstrand Corporation
U. S. District Court, Northern District of Illinois, Eastern Division
No. 99 C 6944 consolidated with No. 99 C 6946
Law Firm= Nolan Law Group; Chicago, IL

```
01-21-2003 Part 1
09-02-2003 Part 2
```

McHugh v. Scott Co. of California, et al.
Circuit Court of Cook County, Illinois, County Department, Law Division
No. 00 L 0834 cons. W/ 00 L 8329
Law Firm= Charles Boyle & Associates; Chicago, IL
09-02-2003

Estate of Shaw, Sharpe Administrators
Circuit Court of Coahoma County, Mississippi
Cause No. 14-CI-20-0095-T
Law Firm= Walker & Walker; Jackson, MS
08-29-2003

Koehler & Ness v. Mercer County, Illinois
Circuit Court of the Sixth Judicial Circuit, Mercer County, Illinois
Law No. 2001 L 9
Law Firm= O'Halloran Kosoff Geitner & Cook; Northbrook, IL
08-26-2003

Johnson v. The Burlington Northern and Santa Fe Railway Company
Circuit Court of the City of St. Louis, State of Missouri
Case No. 002-8283, Civil Docket Division 1
Law Firm= Hubbell Peak O'Neal Napier & Leach; Kansas City, MO
08-25-2003

Wade v. City of Chicago, et al.
Circuit Court of Cook County, Illinois, County Department – Law Division
Case No. 00 L 11859
Law Firm= Kennedy Law Office; Evanston, IL
07-11-2003 Part 1
08-22-2003 Part 2

Giordano v. Brock
Superior Court of New Jersey, Law Division – Monmouth County
Docket No. MON-L-4102-01
Law Firm= Hanna & Anderson; Wall, NJ
08-15-2003

Greenway, et al. v. Mitsubishi Motor Manufacturing of America, Inc., et al.
U.S. District Court for Central District of Illinois, Peoria Division
Case No. 01-1317
Law Firm= Esposito & Schramm; Chicago, IL
08-12-2003

Skinkis v. Advocate Health & Hospitals Corp, et. al.
Circuit Court of Cook County, Illinois, County Department – Law Division
Case No. 99 L 12388
Law Firm= Cogan & McNabola; Chicago, IL
08-11-2003

Parker v. Henson III, et al.
Circuit Court of Washington County, Arkansas

CIV No. 03-272-4
Law Firm= Odom & Elliott; Fayetteville, AR
08-05-2003

<u>Rudd v. Dr. Lowell Fisher, D.O., et al.</u>
State of Michigan in Circuit Court for County of Jackson
Case No. 02-1963-NH
Law Firm= Muth & Shapiro; Ypsilanti, MI
08-05-2003

**Exhibit C**

# SEG

## Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

### OUR STANDARDS AND OUR CREED

**PURPOSE:**     We promise to deliver top-notch economic and financial analysis, testimony, problem solving and creativity.

**QUALITY:**     We will provide only Premier Quality services.  When and only when Premier Quality services have been rendered, we will charge a fair fee for what we have provided. You must be satisfied with our services or you do not owe a fee.

**HONOR:**     As a corporate citizen, we will act in the community with the highest moral principles that we expect others to follow.

**SUCCESS:**     We know that your success and our success depend entirely upon our integrity.

**CLIENTS:**     We will treat each client as if our entire firm depends upon that client's highest degree of satisfaction with our services.

**VENDORS:**     We will treat each vendor with respect.

**STAFF:**     We recognize each staff member as a business partner in spirit.  Our firm's success in great part depends upon each member's satisfaction with his or her job.

**SELF:**     We recognize that our work is a part of our life and each of us takes responsibility to take care of our whole life, at work and elsewhere.

**SEG**

---

### SUMMARY OF SELECTED TERMS AND CONDITIONS - 2007

1.    We commit to provide you our services on the most efficient and predictable basis possible.

2.    We commonly charge a flat fee for most analysis: tangible or intangible loss evaluations and the accompanying services are charged at a set fee of $2,965.  Combined analyses are $3,965.  Fees for complex and commercial litigation cases can range substantially higher.

3.    There are no further charges, except for hourly rates deposition or trial testimony, and certain work as detailed under "Hourly Rates"

4.    Deposition and trial testimony are typically $295 per hour with no minimum.   Complex commercial litigation rates can range to $450 an hour.

5.    Travel expenses are incurred at the most economical, yet refundable rates.

6.    The deposit/retainer on most matters is $1,250 and is refundable, if work has not commenced, less an expert witness reservation fee of $625.  Complex and commercial litigation matters may involve a more substantial retainer.

7.    You must be satisfied with our services (independent of the outcome of your case) or you do not owe a fee.

### Please Read our Complete Service and Billing Policy Attached

# SEG

---

## COMPLETE SERVICE AND BILLING POLICY - 2007

**REPRESENTATION:**  Smith Economics Group, Ltd. (SEG), through its principal consultant, Stan V. Smith, and its employees and associated consultants, represents and provides consultation to attorneys to resolve matters involving economics and finance.  Attorneys are our clients.  We look solely to them for retention, the extent and duration of involvement and payment.  Each matter involves separate engagement, accounting, and billing.

We commit to provide you our services on the <u>most efficient and predictable</u> basis possible so that you can control your costs.  Knowing costs in advance can assist you in expense planning and in your agreement with your clients.  We are pleased to work within your time and budget limitations.

**SERVICES:**  SEG provides consultation and related research, evaluations and testimony on various financial and economic matters.  We are able to provide appraisals with regard to both economic value and loss.  We will participate to the extent counsel determines in the preparation of evaluations, pre-trial evaluations and consultation; expert testimony for arbitration and mediation proceedings; trials and other related proceedings in advanced stages; and appeal reviews.  Through associated experts in other specialties, we cover a broad diversity of business and events in commercial and personal injury litigation.

**ENGAGEMENT:**  We serve law firms under written agreement on matters specifically designated. Engagements and work product with regard to a specified issue may not be transferred to another similar or related matter, whether or not involving the same client of the law firm, without our prior consent.

**EVALUATION FEES:**  We charge a flat fee for most analysis, which includes time expended in preliminary interview, data gathering, analysis, loss evaluation preparation and review.  The fixed charges for these services, including the evaluation, reflect an approximate equivalent hourly billing rate for the services.  Unless mutually agreed upon in advance, there are <u>no further charges</u>, except for deposition or trial testimony, and any additional work as detailed under "Hourly Rates" below.

Loss evaluations and the services described above are provided for each business unit or person involved in a matter.  Generally, services and evaluations for all tangible losses such as lost earnings and benefits, medical costs, etc., are $2,965;  loss evaluations and services for all intangible (so-called hedonic) losses in injury or death, including loss of society and companionship, are also $2,965; services and evaluations reflecting both tangible and intangible losses in combination are $3,965.  We charge the same rates whether working for the plaintiff or defense.  While rare, if complexity arising in estimating losses involves any additional cost, you will be notified in advance.  Complex commercial litigation fees are charged on an hourly basis which can range up to $450 per hour.



**SEG**

**HOURLY RATES:**  In most matters, charges by Stan V. Smith for deposition and trial testimony are $295 per hour with no minimum.  Evaluation updates or requested supplements, review of work by other economists, complex commercial litigation analysis, travel time and other work is also billed at this rate. One hour will be billed for in-house preparation conducted two days prior to a deposition or a trial appearance.  If extensive travel time, when added to work time, causes the billable hours in any day to exceed a maximum of 8 hours, no additional hours are charged.  If a scheduled appearance cancels with less than two full business days notice, we reserve the right to bill two hours for reservation and preparation time.  If a scheduled deposition is cancelled two times with more than two full business days notice, no reservation or preparation charges apply; however, we reserve the right to require a two-hour fee to reschedule the deposition for the third time.  Complex and commercial litigation fees are charged on an hourly basis which can range up to $450 per hour.

The "EVALUATION FEES" described above are fixed.  Hourly charges are billed <u>conservatively</u> in six-minute increments (one-tenth of an hour).

There shall be no charges for personnel other than Stan V. Smith unless mutually agreed to in advance. Since engagements frequently involve matters that extend over many months or years, we reserve the right to update your fee schedule to reflect new rates than charged to those entering into new engagements.

We agree to expend time in connection with efforts on your behalf in the <u>most efficient manner</u> possible.

**DEPOSIT/RETAINERS:**  Our engagement becomes effective upon receipt of a deposit/retainer and an executed letter agreement, which then enables you to name Stan V. Smith as an expert.  The retainer serves as an advance credit to subsequent billings.  The deposit/retainer for most matters is $1,250 and is refundable, if work has not commenced, less an expert witness fee for listing Stan V. Smith of $625.  Stan V. Smith may be listed prior to retention on a matter for an expert witness listing fee of $625, which is not refundable, but which will be credited towards a retainer/deposit when retained.  Complex cases may require a more substantial retainer.

**EXPENSES:**  Out-of-pocket expenses such as airfares, lodging and taxicabs while traveling under your instructions, as well as air couriers, local messengers and the like are billed at cost.  These expenses are incurred at the most economical, yet refundable rates.  We do not charge for normal administrative or secretarial services.

**ESTIMATES:**  We will be pleased to provide written or oral estimates on specific matters.  Costs, of course, range depending on many variables, including the quality of data input from counsel and other complexities.

**BILLING:**  Payment shall be due within thirty days of the invoice date unless otherwise arranged.

**REVIEW:**  Upon review of each billing matter, we may conclude, at our own discretion and after taking all factors into consideration that, a reduction in charges is fair and appropriate for the service rendered.

**PERSONNEL:**  Where required, but only with your consent, we will commit to provide services of other designated individuals in our firm.  Rates for other personnel range to as low as $50 per hour for

# SEG

---

professionals of lesser rank.  In other areas of expertise, we can work with your firm to interview and select additional consultants and experts on your behalf.  Those retained may work in association with our firm.

**CONTINGENCY BILLINGS:**  We firmly adhere to provisions of the Supreme Court of Illinois Rules of Professional Responsibility.  Rule 3.3 (a) (15) thereof states:

"Evidence-Witnesses ...(c) a lawyer shall not pay...compensation to a witness upon the content of his
    testimony or the outcome of the case.
Further, our fees are not contingent upon any rulings regarding the admissibility of testimony.

**YOUR FIRM IS OUR CLIENT AND WE LOOK SOLELY TO YOU FOR PAYMENT IN FULL ON A TIMELY BASIS IRRESPECTIVE OF THE RECEIPT OF FUNDS FROM YOUR CLIENTS OR THE OUTCOME OF THE CASE.**

**LATE CHARGES:**  We expect payment in full within thirty days of our statement date.  We can accommodate reasonable delays or alternatives upon request to meet your cash flow requirements when advised in advance.  To be fair to those who pay promptly, SEG reserves the right to accrue and charge interest at the rate of 1.5% per month commencing thirty days after the statement date, and to assess a one-time account reinstatement fee equal to the greater of 5% of the amount outstanding or $50, after ninety days following the statement date.

**TERMINATION:**  SEG shall suspend or cease to perform further work on any given matter at your request.  SEG reserves the right to bring work to a completed stage and terminate, or to immediately terminate for cause at any time work on your behalf.

----------------------------------------

03/01/2007