UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, ) <br> ) <br> A Virginia Limited Liability Company, ) <br> ) <br>    Plaintiff-Counterclaim Defendant, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> DC KICKBALL, ) <br> ) <br>   and ) <br> ) <br> CARTER RABASA, Individually ) <br> ) <br> ) <br>    Defendants-Counterclaim Plaintiffs. ) <br> ) | Civil Action No. 1:06cv00984 EGS |

### DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES

Defendants DC Kickball and Carter Rabasa (collectively referred to as "Defendants") make their disclosure of expert witnesses as follows:

1. On May 25, 2007, the Court entered an order granting in part and denying in part Plaintiff's Motion to Dismiss Counterclaims. As a part of that order, the Court stayed all discovery regarding Defendants' antitrust counterclaims until after resolution of the copyright infringement claim.

2. Defendants intend to retain one or more expert witnesses to render opinions relating to Defendants' antitrust counterclaims. In compliance with the Court's order of May 25, 2007, Defendants have not yet retained such experts.

3. Defendants therefore reserve the right to retain and designate such experts and provide their reports at such time that the Court allows discovery regarding the antitrust counterclaims to commence.

DATED: August 3, 2007            **NOVAK DRUCE & QUIGG LLP**

*/s/ William R. Towns (jr)*

Melvin A. Todd (DC Bar No. 481782)
William R. Towns (admitted *pro hac vice*)
1000 Louisiana Street
Fifty Third Floor
Houston, Texas 77002
Phone: 713-571-3400
Facsimile: 713-456-2836
Attorney for Defendants

3

## CERTIFICATE OF SERVICE

    This certifies that a true and correct copy of the foregoing **DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES** was served on Plaintiff's counsel via First Class Mail and Facsimile Transmission on August 3, 2007 as follows:

    Thomas M. Dunlap, Esq.
    Eugene Policastri, Esq.
    Christopher Benjamin, Esq.
    Dunlap, Grubb & Weaver, P.C.
    199 Liberty St., SW
    Leesburg, VA 20175-2715
    Facsimile: 703-777-3656

                            _/s/ Scott Kelly_
                                Scott Kelly
                        Of Novak Druce & Quigg LLP