**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WAKA, LLC,** | ) |
| | ) |
| | ) |
| **Plaintiff-Counterclaim Defendant,** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) **Civil Action No. 1:06cv00984 EGS** |
| | ) |
| **DC KICKBALL,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **CARTER RABASA, Individually** | ) |
| | ) |
| | ) |
| **Defendants-Counterclaim Plaintiffs.** | ) |
| | ) |
| | ) |
| | ) |

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND**
**REBUTTAL EXPERT REPORT DEADLINE**

Plaintiff-Counterclaim Defendant WAKA, LLC ("Plaintiff"), and Defendant-Counterclaim Plaintiffs DC Kickball and Carter Rabasa (collectively "Defendants"), jointly request the Court to modify the Amended Scheduling and Magistrate Referral Order ("Scheduling Order") dated October 10, 2007 to extend the deadline for rebuttal expert reports, and would respectfully show unto the Court as follows:

I.

On August 3, 2007, Plaintiff designated Stan V. Smith, Ph.D., as a trial expert respecting Plaintiff's damage claims. Plaintiff has provided Defendants with a copy of Mr. Smith's report, but has not disclosed certain financial information and documents reviewed and/or relied upon by Mr. Smith. Plaintiff maintains that such information is proprietary and confidential, and will not disclose this information without a protective

order.  Plaintiff's counsel forwarded a proposed protective order to Defendants on August 3, 2007, along with Mr. Smith's report.  The Parties have entered into discussions regarding the entry of a protective order.

## II.

Under the current Scheduling Order, the deadline for providing reports of rebuttal experts is September 3, 2007.  Defendants have requested that Plaintiff make its damages expert available for deposition, but without an opportunity to cross examine Plaintiff's damages expert regarding the financial information and documents his opinions are based on, Defendants cannot develop information necessary to obtain a rebuttal expert report.

## III.

In order to address this situation, the Parties jointly request that the Court extend the rebuttal expert report deadline in the Scheduling Order from <u>September 3, 2007</u> until <u>September 25, 2007</u>.  This extension will provide the Parties with additional time to reach an agreement regarding the protective order, or if no agreement can be reached, to submit the matter to the Court for resolution, while still providing Defendants with sufficient time to develop the information necessary to obtain a rebuttal expert report.

Respectfully submitted,

**DATED:**  August 22, 2007

**DUNLAP, GRUBB & WEAVER P.C.**

<u>/s/ Eugene W. Policastri</u>
By:    Thomas M. Dunlap
       D.C. Bar No. 471319
       Eugene W. Policastri
       D.C. Bar No.  470203
       1200 G Street, NW Suite 800
       Washington, DC 2005
       Phone:  202-316-8558
       Facsimile:  202-318-0242
       *Attorneys for Plaintiff*

2

**DATED**:  August 22, 2007                    **NOVAK DRUCE & QUIGG LLP**


                                               /s/ Melvin A. Todd
                                        By:    Melvin A. Todd
                                               D.C. Bar No. 481782
                                               William R. Towns (*pro hac vice*)
                                               1000 Louisiana, 53rd Floor
                                               Houston, TX 77002
                                               Phone: 713-571-3400
                                               Facsimile: 713-456-2836
                                               *Attorneys for Defendants*


**OF COUNSEL:**

Gregory V. Novak, Esq.
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, N.W.
400 East Tower
Washington, DC 20005
Phone: 202-659-0100
Facsimile: 202-659-0105

Jeffrey J. Morgan, Esq.
NOVAK DRUCE & QUIGG LLP
1000 Louisiana 53rd Floor
Houston, TX 77002
Phone: 713-571-3400
Facsimile: 713-456-2836