# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| | ) |
| | ) |
|     Plaintiff-Counterclaim Defendant, | ) |
| | ) |
| | ) |
|     v. | ) |
| | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| DC KICKBALL, | ) |
| | ) |
|     and | ) |
| | ) |
| CARTER RABASA, Individually | ) |
| | ) |
| | ) |
| | ) |
|     Defendants-Counterclaim Plaintiffs. | ) |
| | ) |
| _____ | ) |

## ORDER

IN THIS MATTER, came on to be heard the Parties' Joint Motion to Modify Scheduling Order to Extend Rebuttal Expert Report Deadline, and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the deadline for providing rebuttal expert reports is extended until and including September 25, 2007.

IT IS SO ORDERED.

This the _____ day of _____, 2007.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge