UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| DC KICKBALL, | ) |
| and | ) |
| CARTER RABASA, Individually | ) |
| | ) |
| Defendants-Counterclaim Plaintiffs. | ) |

**JOINT MOTION TO MODIFY SCHEDULING ORDER TO FURTHER
EXTEND REBUTTAL EXPERT REPORT DEADLINE**

Plaintiff-Counterclaim Defendant WAKA, LLC ("Plaintiff"), and Defendant-Counterclaim Plaintiffs DC Kickball and Carter Rabasa (collectively "Defendants"), jointly request the Court to modify the Amended Scheduling and Magistrate Referral Order ("Scheduling Order") dated October 10, 2006, to further extend the deadline for rebuttal expert reports, and would respectfully show unto the Court as follows:

I.

On August 3, 2007, Plaintiff designated Stan V. Smith, Ph.D., as a trial expert respecting Plaintiff's damage claims. Plaintiff provided Defendants with a copy of Mr. Smith's report, but did not disclose certain financial information and documents reviewed and/or relied upon by Mr. Smith. Plaintiff maintained that such information is proprietary and confidential, and would not disclose this information without a protective

order. Plaintiff's counsel forwarded a proposed protective order to Defendants on August 3, 2007, along with Mr. Smith's report.

II.

In order to afford the parties an opportunity to reach an agreement regarding the terms of the proposed protective order, the parties on August 22, 2007, filed their Joint Motion to Modify Scheduling Order to Further Extend Rebuttal Expert Report Deadline, seeking an extension of that deadline to September 25, 2007. The Court granted that motion on August 23, 2007. Thereafter, the parties reached agreement on the terms of a protective order, and on September 4, 2007, a stipulated Protective Order was filed, which the Court signed for entry on September 5, 2007.

III.

As noted above, under the current Scheduling Order, as modified by the Court on August 23, 2007, the deadline for providing reports of rebuttal experts is September 25, 2007. However, Plaintiff is still in the process of designating documents that are to be treated as "confidential" under the stipulated Protective Order. Plaintiff has agreed to produce the requested documents relied upon by their expert by no later than September 21, 2007, but this does not afford Defendants' sufficient time to obtain a rebuttal expert report by the current September 25, 2007 deadline.

IV.

In order to allow Defendants to have sufficient time to review the expert documents prior to the rebuttal expert designation deadline, the Parties jointly request that the Court further extend the rebuttal expert report deadline in the Scheduling Order from <u>September 25, 2007</u> until <u>October 5, 2007</u>. This extension will provide Defendants

with additional time to review the expert documents and develop the information necessary to obtain a rebuttal expert report.

                                              Respectfully submitted,

**DATED:** September 21, 2007        **DUNLAP, GRUBB & WEAVER P.C.**

                                          /s/ Thomas M. Dunlap
By:   Thomas M. Dunlap,
       D.C. Bar No. 471319
       Eugene W. Policastri
       D.C. Bar No. 470203
       1200 G Street, NW Suite 800
       Washington, DC 2005
       Phone: 202-316-8558
       Facsimile: 202-318-0242
       *Attorneys for Plaintiff*

**DATED**: September 21, 2007        **NOVAK DRUCE & QUIGG LLP**

                                          /s/ Melvin A. Todd
By:   Melvin A. Todd
       D.C. Bar No. 481782
       William R. Towns (*pro hac vice*)
       1000 Louisiana
       Fifty Third Floor
       Houston, TX 77002
       Phone: 713-571-3400
       Facsimile: 713-456-2836
       *Attorneys for Defendants*

**OF COUNSEL:**

Gregory V. Novak, Esq.
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, N.W.
1000 West Tower
Washington, DC 20005
Phone: 202-659-0100
Facsimile: 202-659-0105

Jeffrey J. Morgan, Esq.
NOVAK DRUCE & QUIGG LLP

Wells Fargo Plaza
1000 Louisiana
Fifty Third Floor
Houston, TX 77002
Phone: 713-571-3400
Facsimile: 713-456-2836

## CERTIFICATE OF SERVICE

      This certifies that a true and correct copy of the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER TO FURTHER EXTEND REBUTTAL EXPERT REPORT DEADLINE** was served on Plaintiff's counsel via the ECF system and by Facsimile Transmission on September 21, 2007 as follows:

      Thomas M. Dunlap, Esq.
      Lee E. Berlik, Esq.
      Eugene W. Policastri, Esq.
      Dunlap, Grubb & Weaver, P.C.
      199 Liberty St., SW
      Leesburg, VA 20175-2715
      Facsimile: 703-777-3656

                                      /s/ Melvin A. Todd
                                      Of Novak Druce & Quigg LLP