UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAKA, LLC,** )<br>)<br>    **Plaintiff,** )<br>)<br>)<br>    **v.** )<br>)<br>) **Civil Action No. 1:06cv00984 EGS**<br>**DC KICKBALL and CARTER RABASA,** )<br>)<br>    **Defendants.** )<br>) | |

## JOINT MOTION TO CONTINUE STAY

Pursuant to the agreement of the Parties and as a result of the efforts of Magistrate Judge Alan Kay as ordered by this court, towards effecting a resolution of the conflict between Parties, and in order to allow the Parties to continue their negotiations in furtherance of settlement, Plaintiff hereby requests that the court continue the stay on discovery and all other matters in this case until December 14, 2007, the date presently set for a status conference.

**DATED**: November 16, 2007

/s/ Thomas M. Dunlap
By:   Thomas M. Dunlap
      D.C. Bar # 471319
      DUNLAP, GRUBB & WEAVER P.C.
      1200 G Street, NW Suite 800
      Washington, DC 20005
      Telephone: 202-316-8558
      Facsimile: 202-318-0242
      tdunlap@dglegal.com
      *Attorney for the Plaintiff*

2

      /s/ Melvin A. Todd
By:   Melvin A. Todd
      D.C. Bar No. 481782
      NOVAK, DRUCE & QUIGG LLP
      1300 Eye Street, N.W.
      400 East Tower
      Washington, DC 20005
      Telephone: 202-659-0100
      Facsimile: 202-659-0105
      *Attorney for Defendants*