**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WAKA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:06cv00984 EGS |
| DC KICKBALL and CARTER RABASA, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

COMES NOW, Plaintiff WAKA, LLC, and moves this Court for an Order continuing the court scheduled Status Conference currently scheduled for March 18, 2008, at 10:00 a.m. due to scheduling conflicts. Counsel for WAKA have a number of conflicts and cannot appear at the upcoming status conference. Two of Plaintiff's counsel will be conducting a trial in Virginia state court on the 18th, another of Plaintiff's counsel is appearing at a hearing in the Eastern District of Virginia on the 18th, and the only other available attorney at Plaintiff's law firm will be out of town the entire week of the 18th. Plaintiff's counsel contacted counsel for the Defendant and informed him of these conflicts, but counsel for the Defendant did not consent to the continuance requested herein.

**DATED**:  March 10, 2008

                          /s/ Thomas M. Dunlap
By:   Thomas M. Dunlap
      D.C. Bar # 471319
      DUNLAP, GRUBB & WEAVER PLLC
      1200 G Street, NW Suite 800
      Washington, DC 20005
      Telephone: 202-316-8558
      Facsimile: 202-318-0242
      tdunlap@dglegal.com
      *Attorney for the Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that this 10th day of March, 2008, a true and correct copy of the foregoing MOTION FOR CONTINUANCE OF STATUS CONFERENCE was served via the Court's ECF system to the following:

Melvin A. Todd
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, NW
400 East Tower
Washington, DC 20005
Phone 202-659-0100
Facsimile 202-659-0105
*Attorney for the Defendants*

                                              /s/ Thomas M. Dunlap
                                              Thomas M. Dunlap