## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAKA, LLC,** | ) |
| **Plaintiff-Counterclaim Defendant,** | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| **DC KICKBALL,** | ) |
| and | ) |
| **CARTER RABASA, Individually** | ) |
| **Defendants-Counterclaim Plaintiffs.** | ) |

## ORDER

IN THIS MATTER, came on to be heard the Defendants Motion for Extension of Discovery Period, and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the deadline for conducting discovery is extended until and including <u>April 4, 2008</u>.

IT IS SO ORDERED.

This the _____ day of _____, 2008.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge