## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
|     Plaintiff-Counterclaim Defendant, | ) |
|   v. | ) Civil Action No. 1:06cv00984 EGS |
| DC KICKBALL, | ) |
|   and | ) |
| CARTER RABASA, Individually | ) |
|     Defendants-Counterclaim Plaintiffs. | ) |

### JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Plaintiff-Counterclaim Defendant WAKA, LLC ("Plaintiff"), and Defendant-Counterclaim Plaintiffs DC Kickball and Carter Rabasa (collectively "Defendants"), jointly Move this Court for an Order continuing the Status Conference currently scheduled for Friday, April 4, 2008 in order to allow the parties time to finalize a Settlement Agreement. Plaintiff and Defendants have reached an agreement on principal settlement terms and require additional time to finalize their agreement. As such, Plaintiff and Defendants jointly request that the Court continue the status conference by one week to Friday, April 11, 2008.

                    Respectfully submitted,

**DATED:** April 3, 2008        **DUNLAP, GRUBB & WEAVER P.C.**

                    /s/ Thomas M. Dunlap
By:  Thomas M. Dunlap,
      D.C. Bar No. 471319
      Eugene W. Policastri
      D.C. Bar No. 470203
      1200 G Street, NW Suite 800
      Washington, DC 2005
      Phone: 202-316-8558
      Facsimile: 202-318-0242
      *Attorneys for Plaintiff*

**DATED**: April 3, 2008        **NOVAK DRUCE & QUIGG LLP**

                    /s/ Melvin A. Todd
By:  Melvin A. Todd
      D.C. Bar No. 481782
      William R. Towns (*pro hac vice*)
      1000 Louisiana
      Fifty Third Floor
      Houston, TX 77002
      Phone: 713-571-3400
      Facsimile: 713-456-2836
      *Attorneys for Defendants*

**OF COUNSEL:**

Gregory V. Novak, Esq.
NOVAK DRUCE & QUIGG LLP
1300 Eye Street, N.W.
1000 West Tower
Washington, DC 20005
Phone: 202-659-0100
Facsimile: 202-659-0105

Jeffrey J. Morgan, Esq.
NOVAK DRUCE & QUIGG LLP
Wells Fargo Plaza
1000 Louisiana
Fifty Third Floor
Houston, TX 77002
Phone: 713-571-3400
Facsimile: 713-456-2836

## **CERTIFICATE OF SERVICE**

      This certifies that a true and correct copy of the foregoing **JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE** was served on Plaintiff's counsel via the ECF system to the following:

      Thomas M. Dunlap, Esq.
      Dunlap, Grubb & Weaver, P.C.
      1200 G Street, NW Suite 800
      Washington, DC 2005
      Phone:  202-316-8558
      Facsimile:  202-318-0242

                              /s/ Melvin A. Todd
                              Of Novak Druce & Quigg LLP