## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
| | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| | ) |
| DC KICKBALL, | ) |
| and | ) |
| CARTER RABASA, Individually | ) |
| | ) |
| Defendants-Counterclaim Plaintiffs. | ) |

## ORDER [PROPOSED]

IN THIS MATTER, came on to be heard the Joint Motion for Continuance of Status Conference, and it appearing that good cause exists, IT IS THEREFORE ORDERED that the Motion is GRANTED in all respects and the next Status Conference with the Court shall be held Friday, April 11, 2008 at _____ (a.m./p.m.).

IT IS SO ORDERED.

This the _____ day of _____, 2008.

_____
The Honorable Emmet G. Sullivan
U.S. District Court Judge