## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WAKA, LLC,** )<br>　　　　**Plaintiff,** )<br>)<br>v. )<br>)<br>**DC KICKBALL and CARTER RABASA,** )<br>　　　　**Defendants.** ) | Civil Action No. 1:06cv00984 EGS |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, WAKA, LLC and Defendants, DC KICKBALL and CARTER RABASA, by and through their undersigned counsel, and hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in the above-captioned matter, each side to bear their own fees and costs. The parties represent to the Court that a compromise has been reached between the parties and a Release has been executed.

**DATED**: April 15, 2008

| /s/ Thomas M. Dunlap | /s/ Melvin A. Todd |
|---|---|
| By:　Thomas M. Dunlap<br>　　　D.C. Bar # 471319<br>　　　DUNLAP, GRUBB & WEAVER, PLLC<br>　　　1200 G Street, NW Suite 800<br>　　　Washington, DC 20005<br>　　　Telephone: 202-316-8558<br>　　　Facsimile: 202-318-0242<br>　　　tdunlap@dglegal.com | By:　Melvin A. Todd<br>　　　D.C. Bar No. 481782<br>　　　NOVAK, DRUCE & QUIGG LLP<br>　　　1300 Eye Street, N.W.<br>　　　400 East Tower<br>　　　Washington, DC 20005<br>　　　Telephone: 202-659-0100<br>　　　Facsimile: 202-659-0105 |
| *Attorney for the Plaintiff* | *Attorney for Defendants* |