UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WAKA, LLC, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:06cv00984 EGS |
| DC KICKBALL and CARTER RABASA, | ) |
|       Defendants. | ) |

## AGREED ORDER OF DISMISSAL

HAVING BEEN ADVISED by the Parties that all claims and counterclaims raised in this case have been fully resolved and that the case should be dismissed with prejudice, it is hereby

ORDERED that this case, including all claims and counterclaims asserted herein, is hereby DISMISSED WITH PREJUDICE.

The Clerk is requested to send attested copies of this Agreed Order of Dismissal to all counsel of record.

ENTERED this _____ day of April, 2008.

_____
Emmet G. Sullivan
United States District Judge